**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | 772010-16-0005 | 10 |

## SUMMARY OF EVENT:

Undercover recorded telephone calls between ATF S/A Christopher Labno and Jesus "Jessie" DOMINGUEZ.

## NARRATIVE:

1. **UNDERCOVER CONTACT**: On December 11, 2015, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (S/A) Chris Burney and Eric Koslowski completed reviewing recorded telephone calls between ATF S/A Christopher Labno, who was acting in an undercover agent (UCA) capacity and Jesus "Jessie" DOMINGUEZ (Hispanic male, DOB: 08/14/1984, FBI: 123620FC4, SID: IL48377920, CPD IR: 1309728), regarding the purchase of stolen firearms and other stolen merchandise. These recorded telephone calls took place from December 3, 2015 to December 9, 2015 and were inventoried into ATF evidence under #E-000007 and #E-0000010. The following is a summary of these phone calls and is not intended as a verbatim transcription.

2. On December 3, 2015, at approximately 0925 hours, S/A Labno noticed a missed call from 630-644-7970 and a text message that said "Call me". S/A Labno then placed a recorded telephone call to DOMINGUEZ at 630-644-7970. Two attempts went to voicemail, on the third attempt DOMINGUEZ answered the telephone call. S/A Labno asked if he (DOMINGUEZ) was still good for today, to which he (DOMINGUEZ) responded that he (DOMINGUEZ) was still good. DOMINGUEZ then asked, "Guess what happened? I went to Wisconsin yesterday to do one of my regular pickups. You don't smoke weed do you?" S/A Labno responded, "Man, I don't fuck with weed that much. I know people who do. You got some?" DOMINGUEZ stated, "Yea bro, some of the best shit. So check this out, I go pick up my little temp tag because we were bringing em (pounds of weed) in semis and they kept getting pinched off. So we started using these drivers, me and three of my cousins. We are order 10 a piece (10 pounds of marijuana), so they bring 40 (40 pounds of marijuana). So I go pick up my 10 (10 pounds of marijuana), it's usually nothing major. Regular, routine, it's easy. Go to Wisconsin, pick em up, come back." DOMINGUEZ further stated that it started to snow on his (DOMINGUEZ's) way back home so he (DOMINGUEZ) decided to pull over and sleep until the morning, as he (DOMINGUEZ) is pulling over, he (DOMINGUEZ) hits a patch of dry ice and skids into a ditch. DOMINGUEZ further stated that he (DOMINGUEZ) saw the state patrol heading his way so he (DOMINGUEZ) grabbed his bag (with the marijuana) in it, jumped the fence and ran into the woods. DOMINGUEZ continued that he (DOMINGUEZ) hid his (DOMINGUEZ) bag (with the marijuana) in a hunting stand in the woods and continued running. DOMINGUEZ stated that the cops were looking for him (DOMINGUEZ) from 4am to 9am. DOMINGUEZ stated that he (DOMINGUEZ) eventually went back to the

| Prepared by: Christopher J. Burney | Title: Special Agent, Chicago I Field Office | Signature: | Date: 12-29-15 |
| Authorized by: Bernard G. Hansen | Title: Group Supervisor, Chicago I Field Office | Signature: | Date: 12-29-15 |
| Second level reviewer (optional): Jeffery A. Magee | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

Case: 1:18-cr-00734 Document #: 325-3 Filed: 11/11/21 Page 2 of 5 PageID #:3081

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | 772___-0005 | 10 |

hunting stand to retrieve the bag (of marijuana) and then brought it to his (DOMINGUEZ) house in Wisconsin. DOMINGUEZ then stated that he (DOMINGUEZ) took the 3pm train back to Chicago and had one of his (DOMINGUEZ's) buddies drive his bag (with the marijuana) back to Chicago later that day. DOMINGUEZ explained that he (DOMINGUEZ) has been in chases before and that when his (DOMINGUEZ) buddies are with him (DOMINGUEZ), they (DOMINGUEZ's buddies) know they (DOMINGUEZ's buddies) won't get caught because he (DOMINGUEZ) is so skilled at evading the police. S/A Labno asked if his (DOMINGUEZ) car was messed up. DOMINGUEZ replied no and that he (DOMINGUEZ) was going to get it right now. DOMINGUEZ stated that it was going to cost him $450.00 to get his car back. DOMINGUEZ further stated that the police didn't know what was in the bag (the bag with the marijuana) and they (the police) thought it was just a drunk driver running from an accident. At this point in the conversation the telephone call drops but S/A Labno's recorder continues. S/A Labno attempts to call DOMINGUEZ back three times at telephone number 630-644-7970 but all of the calls go to voicemail. S/A Labno stateted on the recorder that it sounds like his (DOMINGUEZ) died again. S/A Labno then turned of the recorder.

3. On the same date, at approximately 09:35 hours, S/A Labno places another recorded call to DOMINGUEZ at telephone number 630-644-7970. DOMINGUEZ answered and apologized for the dropped call. S/A Labno asked if he (DOMINGUEZ) would still be around like 2-2:30pm today, to which DOMINGUEZ responded that he would be around. S/A Labno advised that he'll (S/A Labno) start heading towards him (DOMINGUEZ) and call him (DOMINGUEZ) when he (S/A Labno) gets close. DOMINGUEZ then stated, "Hey, if you got buddies, you know? Remember what we (S/A Labno and DOMINUGEZ) were just talking about (marijuana)? S/A Labno responded, "Yea yea, you know what? Give me a little bit of it just to see and I'll bring some extra money. I'll have that Northface too?" DOMINGUEZ then asked if he (S/A Labno) would have the jerseys (NHL, NFL jerseys discussed earlier) too, to which S/A Labno responded that he (S/A Labno) would try to grab a few. S/A Labno then asked how many Bose speakers he (DOMINGUEZ) would have, to which DOMINGUEZ responded, "I'll show you and you tell me how many you want." S/A Labno then asked where they (S/A Labno and DOMINGUEZ) were going to meet, to which DOMINGUEZ responded, "We can meet at the same spot (Taqueria Los Magueyes) and that he (DOMINGUEZ) just bought a house down the street. S/A Labno then responded that he (S/A Labno) would call him (DOMINGUEZ) when he was close to the restaurant. DOMINGUEZ then responded, "I have the kegs too." At this point in the conversation S/A Labno's other cell phone rings and DOMINGUEZ tells him (S/A Labno) to answer it. The conversation concludes.

4. On December 3, 2015, at approximately 14:42 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at (630) 644-7970. DOMINGUEZ answered the phone, and S/A Labno told him (DOMINGUEZ) that he (S/A Labno) was on the way and would be there in a half an hour. S/A Labno explained that he (S/A Labno) had been downtown all day taking measurements for a contracting job. DOMINGUEZ asked, "Did you get any contracts? Did you get any work?" S/A Labno told DOMINGUEZ that he (S/A Labno) did. DOMINGUEZ joked, "All right, cuz you know, you know you gotta pay 10, you gotta pay 10% for, uh, doing, uh, working in our neighborhood." S/A Labno laughed and told DOMINGUEZ that he (S/A Labno) would not be doing any work in DOMINGUEZ's neighborhood then. DOMINGUEZ stated, "You could use our dumpsters though." S/A Labno and DOMINGUEZ discussed the sizes of dumpsters and decided they (S/A Labno and DOMINGUEZ) would speak further about it when they (S/A Labno and DOMINGUEZ) met. S/A Labno and DOMINGUEZ agreed to meet at Taqueria Los Magueyes, located at 7101 Harlem Ave. Bridgeview, IL and concluded the conversation.

5. On December 4, 2015, at approximately 1013 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at (630) 664-7970, after noticing a missed call from the same number at approximately 1013 hours. During the conversation, S/A Labno asked DOMINGUEZ if he (DOMINGUEZ) was able to sell off the Northface gear S/A Labno traded him during a UC operation that took place on December 3, 2015 (documented

| Title of Investigation: | | Investigation Number: | Report Number: |
|---|---|---|---|
| Jesus DOMINGUEZ et al. | | 7720   0-0005 | 10 |

Case: 1:18-cr-00734 Document #: 325-3 Filed: 11/11/21 Page 3 of 5 PageID #:3082

in separate Reports of Investigation (ROIs). DOMINGUEZ replied, "Yeah, but man, dude. These motherfuckers... the ones I'm getting' stuck with. They got fucking stains on them." S/A Labno apologized and assured DOMINGUEZ that he (S/A Labno) would reimburse him (DOMINGUEZ) on the next deal.

6. The conversation then turned to cannabis. S/A Labno asked DOMINGUEZ for prices on two to three pounds of it. DOMINGUEZ replied, "At two or three (pounds), I could do em right now for 32 ($3,200.00)... Yeah, cuz I'm doin' em all day long at 38 ($3,800.00), but if he's gonna grab a couple that helps me, so that I can go back to my guy before he runs, before he, he, not that he runs out. It's that he fucking goes back to Cali, and then it fucking takes him two weeks to get back, you know... It kinda helps me go back and have, you know, enough to last me them two weeks."

7. The conversation then turned to cars. DOMINGUEZ asked S/A Labno if he (S/A Labno) wanted to buy the minivan DOMINGUEZ showed him (S/A Labno) during the UC operation on December 3, 2015. S/A Labno explained that he (S/A Labno) was waiting to hear back from "Mike" (UCA Mike Ramos) about possibly buying the van.

8. The conversation then turned to the five kegs of Modelo Beer that S/A Labno purchased from DOMINGUEZ during the UC operation on December 3, 2015. DOMINGUEZ asked, "Did you get anybody on the beer?" S/A Labno explained that he (S/A Labno) sold two of the kegs for triple what he (S/A Labno) bought them from DOMINGUEZ for. DOMINGUEZ exclaimed, "No way!" DOMINGUEZ asked S/A Labno, "How much is a keg at the liquor store for real?" S/A Labno explained that liquor stores usually don't sell full kegs of Modelo Beer but sell ¼ kegs for $105.00. DOMINGUEZ replied, "Get the fuck outta here... No way. Are you serious?" S/A Labno reassured DOMINGUEZ this was the case, to which DOMINGUEZ stated, "Help me sell these motherfuckers then." S/A Labno told DOMINGUEZ that he (S/A Labno) would keep an eye out for potential buyers.

9. The conversation then turned to guns. S/A Labno asked DOMINGUEZ if he (DOMINGUEZ) would be getting any more of those "things" like they (S/A Labno and DOMINGUEZ) previously discussed. DOMINGUEZ told S/A Labno, "I know. I know. It's just when my guy calls me he calls me, and you know, time to go... I don't like to go out. I stay right here. You saw where you met me. This is where I'm always at. And if I'm somewhere, it's in Wisconsin, and usually for a day, and then I'm back. I cannot stay away. I can't, I can't stay away for too long cuz the neighborhood right here. This where I make my money, bro." S/A Labno asked DOMINGUEZ if it would be a for sure thing on getting more guns. DOMINGUEZ replied, "Oh yeah, it's always for sure when he tells me it's a for sure thing. Sometimes it might take longer than what he says, but when it comes, I gotta gear up and go." DOMINGUEZ then explained that his (DOMINGUEZ) "guy" once called when he (DOMINGUEZ) was at a wedding in South Carolina. DOMINGUEZ said his (DOMINGUEZ) guy had 30,000 pounds of copper and wanted to know how fast DOMINGUEZ could get on a plane. DOMINGUEZ told S/A Labno that copper was $4.00 per pound then, so he (DOMINGUEZ) went back to Chicago. DOMINGUEZ stated, "Each made 100 grand a piece," on that copper deal.

10. The conversation then turned back to cars. DOMINGUEZ asked S/A Labno if he (S/A Labno) was interested in a 2003 Hyundai Elantra with 80,000 miles for $2,500.00. S/A Labno asked if the car was "hot." DOMINGUEZ explained that his (DOMINGUEZ) uncle is a manager at a Hyundai Dealership and gets five to six trade-ins a week for DOMINGUEZ to sell. DOMINGUEZ then stated his (DOMINGUEZ) uncle also gets him (DOMINGUEZ escorts. DOMINGUEZ laughed, "I'm a pimp." DOMINGUEZ further explained that he (DOMINGUEZ) used to live in Las Vegas and flies girls into Chicago.

11. The conversation then turned to the stolen Bose equipment that S/A Labno traded DOMINGUEZ Northface gear for during the UC operation on December 3, 2015. DOMINGUEZ asked S/A Labno, "Did you keep the black one for yourself?" S/A Labno told DOMINGUEZ that he (S/A Labno) did keep the surround sound system and asked if there was any Bose equipment left. DOMINGUEZ told S/A Labno all the Bose stuff was already gone. S/A Labno agreed that sort of thing would move fast.

12. The conversation then turned back to the Modelo Beer kegs. DOMINGUEZ asked S/A Labno to find a buyer for the rest of the kegs that he (DOMINGUEZ) had. DOMINGUEZ stated, "Four to five. Every little bit helps." S/A Labno said he (S/A Labno) would let DOMINGUEZ know if anyone was interested.

13. The conversation then turned back to cannabis with S/A Labno asking DOMINGUEZ how many pieces of Northface gear per pound of "green." DOMINGUEZ replied, "You gotta give to me for a decent enough price…. I only sell them for twenty bucks… like twelve bucks. It would be ideal, you know." S/A Labno told DOMINGUEZ he (S/A Labno) would see what he (S/A Labno) could do and concluded the conversation.

14. On December 6, 2015, at approximately 0943 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at (630) 664-7970, after noticing a missed call from the same number. DOMINGUEZ stated that he has been in the area of W. 69th Street and S. Pulaski Road in Chicago, IL, at a 'Toys for Tots' event selling cups of beer for $5.00 all morning but ran out of kegs. S/A Labno asked DOMINGUEZ if he had anything new. DOMINGUEZ replied that he did not, but would possibly have something today (December 6th) or tomorrow.

15. The conversation then turned to cigarettes. DOMINGUEZ inquired about the cigarettes that he (DOMINGUEZ) and S/A Labno discussed previously. S/A Labno told DOMINGUEZ that he doesn't have a price yet because he (S/A Labno) was unsure of the volume of cigarettes. S/A Labno and DOMINGUEZ then discussed potential prices for cartons of cigarettes. DOMINGUEZ stated that he just bought cartons for cheap from Gary, Indiana. S/A Labno stated that he would give DOMINGUEZ a better price than what he paid.

16. The conversation then turned to "tools" (firearms). DOMINGUEZ stated that he doesn't have any yet and that he only calls his (DOMINGUEZ's) cousin and S/A Labno when he (DOMINGUEZ) hears of any (firearms).

17. The conversation then turned to Northface. DOMINGUEZ asked S/A Labno when he would have more because "now I got everybody started." S/A Labno said he would let him (DOMINGUEZ) know.

18. The conversation then turned to marijuana. S/A Labno asked DOMINGUEZ, "You said 32 is as good as you can do on the green (marijuana) per pound, right?" DOMINGUEZ responded, "Yea. I only got 1 left. I will have more either Monday or Wednesday." The conversation then ended.

19. On December 9, 2015, at approximately 1016 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at (630) 664-7970, after noticing a missed call from the same number at approximately 1015 hours. S/A Labno asked DOMINGUEZ if he was still trying to get rid of the Modelo (reference to kegs of Modelo beer purchased during UC operation on December 3, 2015). S/A Labno then asked, "What's the lowest, would you go down to $60?" DOMINGUEZ responded, "I was trying to get $85 if I could but if I could get $70, I'd be happy."

20. S/A Labno then asked if DOMINGUEZ had anything new. DOMINGUEZ responded, "No, not yet. I'm supposed to go out today and tomorrow. These are my prime days, Wednesday and Thursday." S/A Labno then asked DOMINGUEZ about the "box" (safe) that he (DOMINGUEZ) got the "toolies" (firearms) from.

REPORTS_001-000418

S/A Labno asked, "So you remember you were telling me you took that shit (firearms) out of a box, right?" DOMINGUEZ responded, "Yea." S/A Labno then asked, "You still have that box, my buddy is looking for one?" DOMINGUEZ replied, "Hell no, that box was cut from the bottom. I got rid of that thing a long time ago. That's what the junk yard is for, get rid of that shit quick." DOMINGUEZ continued, "Tell your buddy to stop being a cheap ass and go buy one. They are like $300 at Cost Co." S/A Labno responded, "Yea, but he wants a big heavy duty one that he can put big shit in." DOMINGUEZ replied, "Oh. That was not a big heavy duty one. He don't want that one. That was a cheap, fucking piece of shit one. Put it this way, I opened it up with a sawzall. That tells you enough." DOMINGUEZ continued, "it only had a quarter inch plate and the rest was Styrofoam."

21. The conversation continued on about safes for S/A Labno's "buddy." DOMINGUEZ explained that if safes aren't bolted into concrete he (DOMINGUEZ) can just put some grease and winch it out in five (5) minutes. DOMINGUEZ further explained that he and his buddies used to steal safes from gas stations by drilling through the outside concrete of the building, as to not trip any alarms.

22. The conversation then turned to Northface. S/A Labno told DOMINGUEZ that he would let him know about the Northfaces. S/A Labno then asked, "Let me know if you hear anything on that "special thing" you are working on for me. You think it's going to happen or no?" DOMINGUEZ replied, "Yea, I think it is because he has been calling me." DOMINGUEZ then talked about getting all the beer out of his (DOMINGUEZ's) garage. S/A Labno then asked, "I wonder if I can back a truck into your garage?" DOMINGEUZ replied, "Hell yea, a box truck? Fuck yea. How you think it go in there? I had a 24 foot box truck in that motherfucker." S/A Labno responded, "Nice, I'll let you know what I got." The conversation then ended.

23. This is only a summary of these undercover contacts, and reference should be made to the electronic surveillance evidence inventoried as evidence pursuant to this undercover contact, for more information.

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000419