**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | 772010-16-0005 | 11 |

## SUMMARY OF EVENT:

Undercover recorded telephone calls between ATF S/A Christopher Labno and Jesus "Jessie" DOMINGUEZ.

## NARRATIVE:

1. **UNDERCOVER CONTACT**: On December 21, 2015, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (S/A) Chris Burney and Eric Koslowski completed reviewing recorded telephone calls between ATF S/A Christopher Labno, who was acting in an undercover agent (UCA) capacity and Jesus "Jessie" DOMINGUEZ (Hispanic male, DOB: 08/14/1984, FBI: 123620FC4, SID: IL48377920, CPD IR: 1309728), regarding the purchase of stolen firearms and other stolen merchandise. These recorded telephone calls took place from December 10, 2015 to December 16, 2015 and were inventoried into ATF evidence under #E-000014. The following is a summary of these phone calls and is not intended as a verbatim transcription.

2. On December 10, 2015, at approximately 18:58 hours, UCA Labno placed a recorded telephone call to DOMINGUEZ at (630) 644-7970. During the first part of the conversation, DOMINGUEZ asked UCA Labno if his (UCA Labno) guy was "even at all interested in the Modelo" Beer Kegs still in DOMINGUEZ's possession. UCA Labno stated that his (UCA Labno) guy wanted to buy the remaining Modelo Kegs and asked DOMINGUEZ how many were left, to which DOMINGUEZ replied, "I think we have like, like 190, bro." UCA Labno and DOMINGUEZ discussed meeting on either December 15, 2015 or December 16, 2015 to complete the deal. DOMINGUEZ explained that he (DOMINGUEZ) did not market the stolen kegs because, "I didn't want to fuck with too many people. A couple of my guys came, and they're like, 'Man, lemme get like five (kegs)...' "I want someone to take them all... I didn't want too many people coming to the house." UCA Labno asked DOMINGUEZ if the remaining kegs would fit on a 24' box truck, and DOMINGUEZ stated, "Yeah, that's exactly how I had it."

3. The conversation then turned to marijuana and cigarettes. UCA Labno asked DOMINGUEZ if he (UCA Labno) could also purchase "1 lb. of the green stuff (marijuana)" along with the kegs, and DOMINGUEZ replied, "No problem." UCA Labno asked DOMINGUEZ if he (DOMINGUEZ) was still interested in cigarettes, and DOMINGUEZ stated, "Yeah, I could still do it... Anything to make money right now, bro."

4. The conversation then turned back to the Modelo Beer Kegs. DOMINGUEZ explained to UCA Labno, "My buddy be houndin' me, you know? Cuz he's like, 'Oh, you know Christmas is only a week away'... He's got 15 kids, bro." UCA Labno agreed that it would be good for DOMINGUEZ and his (DOMINGUEZ) partner to make money off the kegs for Christmas.

| Prepared by:<br>Christopher J. Burney | Title:<br>Special Agent, Chicago I Field Office | Signature: | Date:<br>12-29-15 |
|---|---|---|---|
| Authorized by:<br>Bernard G. Hansen | Title:<br>Group Supervisor, Chicago I Field Office | Signature: | Date:<br>12-29-15 |
| Second level reviewer (optional):<br>Jeffery A. Magee | Title:<br>Special Agent in Charge, Chicago Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000420

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | 772 -16-0005 | 11 |

Case: 1:18-cr-00734 Document #: 325-4 Filed: 11/11/21 Page 2 of 4 PageID #:3086

5. The conversation then turned to stolen merchandise. UCA Labno asked DOMINGUEZ if he (DOMINGUEZ) would get any more stolen TVs before Christmas, to which DOMINGUEZ replied, "Yeah, probably I am." DOMINGUEZ further explained how he (DOMINGUEZ) was currently looking for a truckload of PS4s and asked UCA Labno if (UCA Labno) knew of one. DOMINGUEZ advised that he was aware that someone had stolen a truckload of Sony Playstations and that he (DOMINGUEZ) had an inside source at a truck yard who he was talking to about the theft. Specifically, DOMINGUEZ stated, "My buddy works at a warehouse… They move 10 trailers out of the way to get to the one… I said mother fucker sounds like me… That's a lot of movement for nobody to be like, 'What the fuck are you guys doing?'… They had to use a couple of trucks at least, you know… You gotta move and drop, move and drop, move and drop."

6. The conversation then turned to cocaine. UCA Labno told DOMINGUEZ that he (UCA Labno) would be ready to sell DOMINGUEZ cocaine after the holidays. DOMINGUEZ replied, "Yeah, that's perfect."

7. UCA Labno then asked if DOMINGUEZ would be able to help load the beer kegs onto a truck for him (UCA Labno). DOMINGUEZ stated, "Don't worry about it. My guys live down the street to help me… I did all that by myself, you know that… You see how they're double stacked…. The one truck didn't even have, cuz I did it in two loads, okay. So the one truck didn't have um, it didn't have a lift gate, so I had to roll them down one by one, okay, and then double stack them, okay. And then the second one had a lift gate, right, so the only one I got off of the pallet jack was the one you see that's on that skid. The rest of them you see how they're double stacked, cuz they kind of link into each other. " DOMINGUEZ further explained how they (UCA Labno and DOMINGUEZ) would just have to take their (UCA Labno and DOMINGUEZ) time loading the truck, and not to worry because, "We know everybody around that area. No one fucks with us."

8. The conversation then turned to how DOMINGUEZ has a police detective and dispatcher working with him (DOMINGUEZ). DOMINGUEZ stated, "My guy got locked up, okay. The guys who used to roll around for him, you know he wasn't out, so they had nowhere to go and grab girl (cocaine), you know, so these guys they became fucking cops…. And now the lead detective is our guy… Right there where we live… He comes and, 'Hey, Ken.' Yeah, what's up?' You got any TVs or any fucking surround systems? You got anything, bro… I don't want to know nothing. I just want a couple for me and my family.'" UCA Labno then asked if this detective took care of DOMINGUEZ and the crew, to which DOMINGUEZ replied, "Oh yeah, he'll tell me if someone's snitching on me and everything… He tells me the hours they work and everything." UCA Labno asked if this detective would be able to run plates and/or find someone for him (UCA Labno). DOMINGUEZ replied, "Yeah, I could get that… I got this bitch who I'm fucking with who gets me that."

9. DOMINGUEZ then told UCA Labno about a scam he (DOMINGUEZ) has with the female who runs license plates for him (DOMINGUEZ.) DOMINGUEZ stated, "We chase accidents in the tow trucks." DOMINGUEZ explained that when people get into car accidents and are hospitalized, IDOC often pulls the cars to the side of the road for the insurance company to pick up. DOMINGUEZ stated he (DOMINGUEZ) would have his (DOMINGUEZ) girl run the plates and get the address of the vehicle's registered owner. DOMINGUEZ said he (DOMINGUEZ) would then go to the house and tell the person that he (DOMINGUEZ) was a tow truck driver for the insurance company and have them sign paperwork, and then, "green light to take the car to our body shop, and the insurance company has to pay us… It's $375.00 for the cleanup, plus $150.00 for the tow and $100.00 a day for storage… The body shop I work with I get all that… If it's a fix, he gets 70% of the fix, and I get 30% of the fix…so basically I'm bring him deals…The lot where we keep the cars. I pay the taxes on it." UCA Labno asked if this female would be able to run plates for him (UCA Labno) and asked how much it would cost. DOMINGUEZ told UCA Labno, "If it's for you, I got you. It's just a phone call."

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | 772___-16-0005 | 11 |

Case: 1:18-cr-00734 Document #: 325-4 Filed: 11/11/21 Page 3 of 4 PageID #:3087

10. The conversation then turned to a previous discussion where DOMINGUEZ stated that he (DOMINGUEZ) might have more guns for sale soon. UCA Labno said it would make a great Christmas present, and DOMINGUEZ agreed, "Yeah that'd be perfect. It'd be perfect for everybody... I've been on it... I hook up with him almost every night just to stay on him to see what he's doing cuz sometimes some of these guys think they can do it on their own... then they start fucking up, so I hang out with them just to hope they could, they know that, that they'll be repercussions if you go somewhere else."

11. The conversation then turned back to stolen merchandise. DOMINGUEZ told UCA Labno that he (DOMINGUEZ) had LED bulbs with built in Blue Tooth speakers for $25.00 per bulb, as well as TV streaming boxes for $100.00 per box. DOMINGUEZ stated the boxes had, "Pandora, all types of porno, apps... You could watch all the movies that come out in the theatre... I even got a program that you could stream live the Pay Per View events for free." DOMINGUEZ also offered UCA Labno counterfeit Pandora bracelets for $35.00 apiece. UCA Labno told DOMINGUEZ that he (UCA Labno) would look at some of the merchandise the next time they (UCA Labno and DOMINGUEZ) meet.

12. The conversation then turned back to the stolen Modelo Beer Kegs. UCA Labno assured DOMINGUEZ that he (UCA Labno) would purchase them on December 15, 2015, or December 16, 2015. DOMINGUEZ said the kegs would be easy for UCA Labno to sell and that they should last another year because they were produced in November of 2015. UCA Labno asked if DOMINGUEZ ever had access to beer cases, instead of kegs. DOMINGUEZ stated that he (DOMINGUEZ) did previously have Heineken Beer cases. DOMINGUEZ complained that the cases break, while the kegs do not. DOMINGUEZ related, "My buddy who was unloading dropped one pallet, right. Cost me a fucking grand... It was fucking twenty-four pallets in it... I had three people involved. It was twenty-four grand, eight grand a man."

13. DOMINGUEZ then told UCA Labno about a theft crew who stole a semi-truck shipment in Naperville on an unknown Saturday night. DOMINGUEZ mocked the crew because they stole the shipment but had nowhere to unload it and used the same stolen tractor trailer combo to haul it, which resulted in a pursuit and their arrest. DOMINGUEZ complained, "Now the shit's hot because of dumbasses like that... Once I do what I gotta do, I take it all the way different than where I did it." DOMINGUEZ further complained about how less experienced crews leave the stolen trucks near the crime scene, which makes the area "hot" for everyone else. "This is why I gotta rely on myself... That's why when you do it, you gotta do a decent hit.," DOMINGUEZ stated. DOMINGUEZ then talked about how the police typically won't pursue a stolen truck because "it's against the law."

14. UCA Labno and DOMINGUEZ agreed to speak further about the Modelo Beer Kegs later and concluded the conversation.

15. On December 15, 2015, at approximately 1918 hours, S/A Labno received an incoming recorded telephone call from 630-644-7970. S/A Labno asked DOMINGUEZ if he was still good for tomorrow (pre-arranged UC purchase of stolen kegs), to which DOMINGUEZ replied that he was good. S/A Labno asked DOMINGUEZ, "Can I get 1 pound of that green (marijuana)?" DOMINGUEZ replied, "Actually, it's coming in Thursday, but I'll save it for you." S/A Labno then asked DOMINGUEZ if he had anything new. DOMINGUEZ stated that he had some Goodyear tires, but explained that the last time his buddy had the same tires, they (the tires) had a "thing" (GPS tracker) in with them. DOMINGUEZ continued that he parked the truck and is going to leave it sitting for a week to see if anyone comes for it, and after that he would go back and get them (tires). DOMINGUEZ stated that he has 350 sets of Goodyear Eagles in all sizes from 20"-16".

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | 772... ...0-0005 | 11 |

Case: 1:18-cr-00734 Document #: 325-4 Filed: 11/11/21 Page 4 of 4 PageID #:3088

16. The conversation then turned to the deal. DOMINGUEZ asked if S/A Labno would have a box truck. S/A Labno stated that he had a box truck ready to go and asked if DOMINGUEZ could bring any of his (DOMINGUEZ's) guys to help load. DOMINGUEZ stated that he had his guys ready to go.

17. The conversation then turned to Northface gear. S/A Labno explained that the Northface Denalis had come in and he (S/A Labno) would bring them to the deal. S/A Labno stated that he would give DOMINGUEZ the Northface and he (DOMINGUEZ) would owe him (S/A Labno) the "green." (marijuana)

18. The conversation turned back to the deal. S/A Labno explained that he would just come straight to him (DOMINGUEZ). DOMINGUEZ replied, that he (S/A Labno) could meet him (DOMINGUEZ) at his buddy's restaurant (Taqueria Los Magueyes) and that he (DOMINGUEZ) would drive the truck over and back it into the driveway. S/A Labno then asked if DOMINGUEZ still had a bill counter because he was going to be bringing a lot of 'loot' (money in small bills). DOMINGUEZ stated that he could get one (bill counter) no problem and that "money is money." S/A Labno and DOMINGUEZ both stated they would see each other tomorrow. The conversation then ended.

19. On December 15, 2015 at approximately 1957 hours, S/A Labno received an incoming call from 630-644-7970. DOMINGUEZ asked S/A Labno how many Northface Denalis he had. S/A Labno stated that he had 4 or 5 boxes that contained about 50 of the jackets. At this point, the cellphone call dropped. S/A Labno attempted to call the 630-644-7970 number back but it went to voicemail. S/A Labno stated on the recorder that his (DOMINGUEZ's) phone must have died.

20. On December 16, 2015 at approximately 1340 hours, S/A Labno noticed a missed call from 630-644-7970 at approximately 1240 hours. S/A Labno then placed a recorded call to 630-644-7970. DOMINGUEZ asked if he (S/A Labno) was going to make it around 2:30pm (pre-arranged UC purchase of stolen beer kegs). S/A Labno replied that he would be there around 2:30-2:45pm. S/A Labno further stated that he was still getting everything together. S/A Labno continued that he had five (5) boxes of Northface Denali jackets. DOMINGUEZ replied, "Ok." S/A Labno stated that he would call him (DOMINGUEZ) when he was in the area. The conversation then ended.

21. This is only a summary of these undercover contacts, and reference should be made to the electronic surveillance evidence inventoried as evidence pursuant to this undercover contact, for more information.

REPORTS_001-000423