**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | 772010-16-0005 | 19 |

## SUMMARY OF EVENT:

Undercover recorded telephone calls between ATF S/A Christopher Labno and Jesus "Jessie" DOMINGUEZ.

## NARRATIVE:

1. **UNDERCOVER CONTACT**: On February 9, 2016, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (S/A) Chris Burney completed reviewing recorded telephone calls between ATF S/A Christopher Labno, who was acting in an undercover agent (UCA) capacity and Jesus "Jessie" DOMINGUEZ (Hispanic male, DOB: 03/02/1986, FBI: 123620FC4, SID: IL48377920, CPD IR: 1309728), regarding the purchase of stolen firearms and other stolen merchandise. These recorded telephone calls took place from December 28, 2015 to January 14, 2016, and were inventoried into ATF evidence under #E-000017. The following is a summary of these phone calls and is not intended as a verbatim transcription.

2. On December 28, 2015, at approximately 1045 hours, S/A Labno noticed a missed call from 630-644-7970. S/A Labno then placed a recorded telephone call to DOMINGUEZ at 630-644-7970. S/A Labno asked DOMINGUEZ about the "green" (marijuana). DOMINGUEZ replied that his guy would have it after the holidays. S/A Labno asked if he (DOMINGUEZ) had anything new. DOMINGUEZ replied that he did not, but probably would have the holidays.

3. The conversation then turned DOMINGUEZ running a license plate for S/A Labno. S/A Labno stated that he did not have the license plate number at the moment but would call him (DOMINGUEZ) when he (S/A Labno) got home. S/A Labno asked if he (DOMINGUEZ) could help with that. DOMINGUEZ stated, "Yea, I got you."

4. The conversation then turned to DOMINGUEZ asking about the Northface gear. DOMINGUEZ stated that the Northface gear from last time (undercover deal on 12/16/15) would be fine, but he (DOMINGUEZ) was really interested in the wind stoppers. S/A Labno explained that those (wind stoppers) were hard to come by, but he (S/A Labno) would look.

5. The conversation then turned back to having DOMINGUEZ run a license plate. S/A Labno explained that he (S/A Labno) wanted to find out where his (S/A Labno's) girl's ex lived. DOMINGUEZ then asked how that was going. S/A Labno further explained that his (S/A Labno's) girl's ex owes her (S/A Labno's "girl") a lot of money in child support. S/A Labno stated that he wrote down the license plate but did not have it on him.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Christopher J. Burney | Special Agent, Chicago I Field Office | | 2-9-16 |
| Authorized by: | Title: | Signature: | Date: |
| Bernard G. Hansen | Group Supervisor, Chicago I Field Office | | 02/09/16 |
| Second level reviewer (optional): | Title: | Signature: | Date: |
| Jeffery A. Magee | Special Agent in Charge, Chicago Field Division | | |

DOMINGUEZ stated that he had to go because he (DOMINGUEZ) was at a gas station and would call him (S/A Labno) back later. The conversation then ended.

6. On December 29, 2015, at approximately 1810 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-644-7970. S/A Labno stated, "Barbeques in the middle of winter?" DOMINGUEZ replied, "Everyone Barbeques in winter." S/A Labno then asked DOMINGUEZ how much he (DOMINGUEZ) wanted for the grills. DOMINGUEZ stated the grills were Pit-boss wood pellet grills and he (DOMINGUEZ) wanted $200.00 each. DOMINGUEZ further stated that the grills were $699.00 brand new and that he (DOMINGUEZ) started with about 200, but only had about 120 left.

7. The conversation then turned to marijuana. S/A Labno asked when his (S/A Labno's) "green" (marijuana) was coming in. DOMINGUEZ replied, "Man, I'll talk to you about that when I see you." S/A Labno asked DOMINGUEZ if everything was alright, DOMINGUEZ replied, "Mhmm." S/A Labno then asked if he (DOMINGUEZ) had anything new. DOMINGUEZ replied that he had was the grills. DOMINGUEZ then stated, "Hit me up if you want any of those (grills)." S/A Labno said he would let him (DOMINGUEZ) know. The conversation then ended.

8. On January 5, 2016, at approximately 2008 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-644-7970. The first call went to voicemail. DOMINGUEZ answered the second call. DOMINGUEZ stated, "Last time, I wanted to talk to you, but I was in front of somebody (referring to the last conversation when S/A Labno asked DOMINGUEZ about the "green" (marijuana))." DOMINGUEZ then stated that one of his (DOMINGUEZ's) guys from California got "popped" (arrested) entering Colorado with 150 pounds of marijuana. DOMINGUEZ continued that his (DOMINGUEZ's) guy got greedy and doubled the normal shipment, which increased the weight of the semi-truck and that's how he (DOMINGUEZ's guy) got arrested going through a weigh station.

9. The conversation then turned to the grills (Pit-boss pellet smokers). S/A Labno asked if he (DOMINGUEZ) still had any of the grills. DOMINGUEZ replied that he had about 60 units. S/A Labno then asked DOMINGUEZ to let him know if he (DOMINGUEZ) gets anything new. DOMINGUEZ replied that he was going out to look tomorrow.

10. The conversation then turned to marijuana. DOMINGUEZ stated, "I could be good on the "green" (marijuana) this Friday from one of my other buddies." S/A Labno stated, "Let me know, I'll come by because we gotta work out something like we did last time." DOMINGUEZ replied, "Yea. How did that go for you? Get rid of all that? (referring to the undercover keg purchases on 12/16/15)" S/A Labno told DOMINGUEZ that he (S/A Labno) made a deal with a guy who owned a bar and he (S/A Labno's "guy") was taking the kegs as he (S/A Labno's "guy") needed. S/A Labno further stated that he (S/A Labno) was holding on to them (the kegs) until his guy used them all.

11. The conversation then turned to asking DOMINGUEZ about running a license plate through his police contact. S/A Labno asked if DOMINGUEZ had a pen to write down the license plate number. DOMINGUEZ said that he was ready. S/A Labno read the license plate as Illinois 61310XB (undercover vehicle). S/A Labno then further explained that he (S/A Labno) wanted to find out where the owner of the plate lived because the guy owed his (S/A Labno's) "girl" child support. DOMINGUEZ said that he would look into it. DOMINGUEZ then stated that he (DOMINGUEZ) was selling a car at the moment and would have to call him (S/A Labno) back. S/A Labno asked DOMINGUEZ to look into that license plate and let him know. DOMINGUEZ replied, "Alright, bro." The conversation then ended.

REPORTS_001-000498

12. On January 6, 2016, at approximately 1028 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-644-7970. The conversation began with DOMINGUEZ asking if S/A Labno or his (S/A Labno's) guys had anything for sale, particularly any Northface merchandise. S/A Labno said that he hadn't talked to his Northface contact in while, but last time he (S/A Labno) talked to him (S/A Labno's "guy"), he was all out. DOMINGUEZ then stated that he was still looking into the license plate and would let S/A Labno know soon. S/A Labno thanked DOMINGUEZ and the conversation ended.

13. On January 11, 2016, at approximately 1850 hours, S/A Labno received an incoming recorded call from DOMINGUEZ at 630-644-7970. DOMINGUEZ and S/A Labno talked for approximately six (6) minutes about DOMINGUEZ's cousin who was in jail in Texas. DOMINGUEZ stated that he was in Texas to bail him (DOMINGUEZ's cousin) out for $10,000.00.

14. S/A Burney should note that Agents applied for and received a court order (15GJ1015) relative to DOMINGUEZ's cellular telephone (630) 644-7970 allowing Agents to monitor a pen register with enhanced precision location services. The active geographical locator on the pen register showed that DOMINGUEZ's cellular telephone (630-644-7970) was in the Nottingham Park area of Chicago, IL during the duration of this call.

15. The conversation then turned to Jurassic Park arcade machines. DOMINGUEZ stated that he had seven (7) originally, but sold three (3) and kept one (1) for his kids. DOMINGUEZ stated that he sold the arcade machines for $5000.00 apiece. DOMINGUEZ further explained that he maintained at least one of these Jurassic Park games in his garage (7006 W. 73rd Street, Chicago, Illinois) for his children to play with.

16. The conversation then turned to marijuana. S/A Labno asked DOMINGUEZ if he had any "green" (marijuana). DOMINGUEZ stated, "It (marijuana) is around, but I have to get back to Chicago first."

17. The conversation then turned to North Face. S/A Labno stated that he had some North Face Denalis for sale. DOMINGUEZ replied that sales of Northface had slowed down since Christmas but he (DOMINGUEZ) may be able to sell one (1) piece here and there. S/A Labno then asked DOMINGUEZ when he was coming back to Chicago. DOMINGUEZ replied, "Tomorrow."

18. The conversation then turned to DOMINGUEZ's cousin. DOMINGUEZ stated that when he gets his cousin out of jail, he (DOMINGUEZ) was going to look after him and make sure he meets his court dates.

19. The conversation then turned to the license plate S/A Labno asked DOMINGUEZ to run a couple of weeks ago. DOMINGUEZ stated, "Yea, I got some information when I get back. Yea, my buddy got everything."

20. DOMINGUEZ then changed the subject of the conversation. DOMINGUEZ stated, "We need to make some money." DOMINGUEZ further stated that he (DOMINGUEZ) had some restaurant refrigerators/freezers for sale. S/A Labno asked about the brand of the refrigerators. DOMINGUEZ replied, "Turbo air."

21. The conversation then turned back to marijuana. S/A Labno stated that he was looking to buy some "green" (marijuana) when DOMINGUEZ gets back. S/A Labno then asked DOMINGUEZ to call him (S/A Labno) when he (DOMINGUEZ) gets back. DOMINGUEZ replied, "Alright." The conversation then ended.

22. On January 14, 2016, at approximately 1951 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-644-7970. S/A Burney should note that S/A Labno's recorder malfunctioned during this call and the only discernable audio is from S/A Labno replying, "Alright, hit me back." S/A Burney should also

REPORTS_001-000499

note that the duration of this call was approximately sixteen (16) seconds. During this telephone call, S/A Labno advised that the phone call was answered by a child and then DOMINGUEZ took the phone and explained that he was at the store with his children and would need to call S/A Labno back later.

23. This is only a summary of these undercover contacts, and reference should be made to the electronic surveillance evidence inventoried as evidence pursuant to this undercover contact, for more information.

Attachment(s):
- Screenshots of text messages between S/A Labno and DOMINGUEZ ranging from November 10, 2015 to January 15, 2016.
    - Please note: S/A Labno's text messages are green and DOMINGUEZ's text messages are grey