| | | |
|---|---|---|
| 1 | Date: | November 9, 2015 |
| 3 | Time: | 4:09 p.m. |
| 5 | Participants: | Jesus Dominguez |
| 6 | | UC-1 |

| | | |
|---|---|---|
| 9 | UC-1: | Man, what are you in? |
| 11 | DOMINGUEZ: | I'm in a minivan. |
| 13 | UC-1: | Oh, ok. All right. |
| 15 | DOMINGUEZ: | In a like a, in a blue minivan Dodge Caravan. |
| 17 | UC-1: | A blue Dodge Caravan? All right, cool. I'll uh, well I'll call you when I get on Harlem, so you know what, how far out I am. |
| 20 | DOMINGUEZ: | Yeah, cause I'm pretty positive my guy will take all of your North Faces, all 10 cases. He's bugging the shit out of me now. |
| 23 | UC-1: | Yeah? |
| 25 | DOMINGUEZ: | I'm like, man, fucking relax, dude. I said, fuck it, I'm gonna turn off my phone. |
| 28 | UC-1: | [U/I]. [Voices overlap] |
| 30 | DOMINGUEZ: | He don't got, he don't got, I got another phone, he don't got that number, so, fuck him. [Voices overlap] |
| 33 | UC-1: | Well, you said, you wanted kid stuff too, right? |
| 35 | DOMINGUEZ: | What? |
| 37 | UC-1: | You said, you wanted kids North Face, too, or something? |
| 39 | DOMINGUEZ: | Yeah, yeah, the kids sizes. Fuck, you got kid sizes? I didn't know you had kid sizes. |
| 42 | UC-1: | I grabbed a bunch of shit to like, like a sample of what we're doing. So… |

**GX-206T**

| | | |
|---|---|---|
| 45 | DOMINGUEZ: | Oh, fuck, you're awesome, bro. |
| 47 | UC-1: | Take a look. And then I got some Otter Boxes and some Beats. Man, how are these things? Are these things pretty clean, man? Cause, like I said I, I only kind of want them if they're really nice looking, you know what I'm saying? |
| 52 | DOMINGUEZ: | The what? |
| 54 | UC-1: | The, the fucking toys, man. |
| 56 | DOMINGUEZ: | Yeah, yeah. |
| 58 | UC-1: | I mean, that's, Cookie showed me the pictures but… |
| 60 | DOMINGUEZ: | You guys probably know more than me, to tell you the truth. |
| 62 | UC-1: | Yeah? |
| 64 | DOMINGUEZ: | You know what I'm saying? Cause you guys collect and shit. You guys know more than me, you know? |
| 67 | UC-1: | Yeah, I love guns, man. But I just, you know, I wanna make sure that they're in good shape, you know what I'm saying? Cause if, if they're beat up and nicked up, like riding around a trunk and shit, they look like shit, you know what I'm saying? |
| 72 | DOMINGUEZ: | Oh no, no, no. It, I told, I'll explain it. |
| 74 | UC-1: | Okay. |
| 76 | DOMINGUEZ: | You know, I'll explain it to you guys. |
| 78 | UC-1: | All right, when I see you I'll… |
| 80 | DOMINGUEZ: | What, what the situation was, you'll, you'll, they were, they were kept, they were kept in a box so… |
| 83 | UC-1: | Like, new in a box and shit? |

2

**GX-206T**

| | | |
|---|---|---|
| 85 | DOMINGUEZ: | Like you know, like you know how people put, they store it up in |
| 86 | | a box and shit, with a dial. |
| 87 | | |
| 88 | UC-1: | Yeah, I got you. |
| 89 | | |
| 90 | DOMINGUEZ: | Yeah. |
| 91 | | |
| 92 | UC-1: | All right. Well cool. Well we'll see, well I'll talk to you when I get |
| 93 | | there then. I'll, I'll call you when I'm on uh, Harlem then, all |
| 94 | | right? |
| 95 | | |
| 96 | DOMINGUEZ: | All right, cool, bro. I'll talk to you, bye. |

**GX-206T**