| | | |
|---|---|---|
| 1 | Date: | November 9, 2015 |
| 2 | | |
| 3 | Participants: | Jesus Dominguez |
| 4 | | DEFENDANT – Terry Ferguson |
| 5 | | UC-1 |
| 6 | | UC-2 |
| 7 | | UC-3 |
| 8 | | UC-4 |
| 9 | | Timothy Ferguson |
| 10 | | |

11 **Government Exhibit 300A**

12

| | | |
|---|---|---|
| 13 | DOMINGUEZ: | What's up, bro? |
| 14 | | |
| 15 | UC-1: | What's up, man? |
| 16 | | |
| 17 | DOMINGUEZ: | How's it going? |
| 18 | | |
| 19 | UC-1: | Hey, good. How are you? |
| 20 | | |
| 21 | DOMINGUEZ: | Nice to finally meet, bro. |
| 22 | | |
| 23 | UC-1: | Hey, nice to meet you too. |
| 24 | | |
| 25 | DOMINGUEZ: | What's up, guys? |
| 26 | | |
| 27 | UC-1: | Dude, Ricardo is in the truck with my other guy. |
| 28 | | |
| 29 | UC-2: | What's up, man? |
| 30 | | |
| 31 | UC-1: | Hey. What's going? |
| 32 | | |
| 33 | UC-2: | Fucking tired man, how you doing? [Voices overlap] |
| 34 | | |
| 35 | UC-1: | So… |
| 36 | | |
| 37 | DOMINGUEZ: | I know you from somewhere. I just don't know where. |
| 38 | | |
| 39 | UC-2: | Who me? |
| 40 | | |
| 41 | DOMINGUEZ: | Yeah. You [UI/]. [Voices overlap] |
| 42 | | |
| 43 | UC-2: | Shit, [U/I] way up north, man. |
| 44 | | |

**GX-300T**

| | | |
|---|---|---|
| 45<br>46<br>47 | DOMINGUEZ: | Maybe you just got one of them fucking ugly faces. [Voices overlap] |
| 48<br>49 | UC-2: | Ugly face. Nah. |
| 50<br>51 | DOMINGUEZ: | [Laughs] |
| 52<br>53<br>54 | UC-2: | Bitches think I got a fucking, bitches think I got a pretty face, man. |
| 55<br>56 | UC-1: | [Laughs] |
| 57<br>58 | UC-2: | You want me to grab that fucking [U/I]. |
| 59<br>60<br>61 | UC-1: | Yeah. Bring it back here, you can show him. We stopped to pick it up. [U/I]. [Voices overlap] |
| 62<br>63 | DOMINGUEZ: | [U/I] little defects like that. |
| 64<br>65 | UC-1: | Yeah, but… check this out. [Pause] |
| 66<br>67 | DOMINGUEZ: | This look, this is a good knockoff. |
| 68<br>69<br>70 | UC-1: | That's what I'm saying, bro. it's good. I got adults. I got all kinds of shit. |
| 71<br>72 | DOMINGUEZ: | No, shit. |
| 73<br>74 | UC-1: | Yeah. |
| 75<br>76<br>77 | DOMINGUEZ: | Not bad. I just saw some where the fucking R cuts in the A and shit. |
| 78<br>79 | UC-1: | Bro, check this out, man. |
| 80<br>81<br>82 | UC-3: | *¿Qué pasó primo? [I / I]. [Voces traslapan]*<br>What's up bro? [U/I]. [Voices overlap] |
| 83<br>84<br>85 | DOMINGUEZ: | *¿Hey, que pasó, cómo está? [Voces traslapan]*<br>Hey, what's up, how are you? [Voices overlap] |

2

**GX-300T**

| 86 | UC-1: | That's pretty good, for the wind stopper. |
| 88 | DOMINGUEZ: | Yeah. No shit. |
| 90 | UC-2: | The shoes are legit, man. The shoes look like, they fucking, I |
| 91 | | mean, they're decent. |
| 93 | UC-1: | They're brand new. Like I said, we, we fucking work for a living, |
| 94 | | man. But this is the sideline, you know what I'm saying? |
| 96 | UC-2: | Work for a living but this motherfucker don't know how to pay. |
| 98 | UC-1: | [Laughs] |
| 100 | UC-2: | He still owe me two fucking checks. |
| 102 | UC-1: | Well, this, you're gonna get his fucking for cutting the shit wrong. |
| 104 | DOMINGUEZ: | Oh, you know [U/I] tell you, um… |
| 106 | UC-1: | So, what's the story with the shit, man? |
| 108 | DOMINGUEZ: | I just had fucking, I thought I fucking [U/I], I, I was in, in, in the |
| 109 | | gold, right? I fucking had, uh, Jordan jumpsuits. |
| 111 | UC-1: | Oh fuck. What's that? Old ones, old school ones? |
| 113 | DOMINGUEZ: | Just the Jordan jumpsuits, just Jordan with the fucking, you |
| 114 | | know? And fucking, bro. They were fucking knockoffs. |
| 116 | UC-2: | Really? Did you show him that stuff? [Voices overlap] |
| 118 | DOMINGUEZ: | [U/I]. 32 [U/I]. |
| 120 | UC-2: | This is all the fucking Otter Boxes. |
| 122 | DOMINGUEZ: | 32,000 pieces. Oh, these are the Otter Boxes? |
| 124 | UC-1: | [U/I]. I got Beats like this. |
| 126 | DOMINGUEZ: | Oh shit. |

**GX-300T**

| | | |
|---|---|---|
| 127 | | |
| 128 | UC-1: | Yeah. So, my question… [Voices overlap] |
| 129 | | |
| 130 | DOMINGUEZ: | Oh the, the Beat Pill. |
| 131 | | |
| 132 | UC-1: | Yeah. |
| 133 | | |
| 134 | DOMINGUEZ: | [Whispers] Here's the thing, this my buddy's restaurant. He |
| 135 | | didn't wanna be doing this right here. I got them in my deli truck. |
| 136 | | |
| 137 | UC-1: | In your what? |
| 138 | | |
| 139 | DOMINGUEZ: | My deli truck. I got a deli truck. |
| 140 | | |
| 141 | UC-1: | Oh okay. |
| 142 | | |
| 143 | DOMINGUEZ: | So, we just gotta go right here. |
| 144 | | |
| 145 | UC-1: | Just go across the street or something, man. There's a lot over |
| 146 | | there. |
| 147 | | |
| 148 | DOMINGUEZ: | No, fuck that. [U/I] Bridgeview polices are dicks over there. |
| 149 | | |
| 150 | UC-1: | Look, here's the thing. |
| 151 | | |
| 152 | DOMINGUEZ: | What's up? |
| 153 | | |
| 154 | UC-1: | Look, I don't wanna be, like rude or shit, man. But like I don't, |
| 155 | | man, he knows Cookie. [Voices overlap] |
| 156 | | |
| 157 | DOMINGUEZ: | Right. [Voices overlap] |
| 158 | | |
| 159 | UC-1: | I know Cookie a little bit. I don't know you. |
| 160 | | |
| 161 | DOMINGUEZ: | Right, right, I understand. [Voices overlap] |
| 162 | | |
| 163 | UC-1: | You know what I'm saying? I wanna stay here because I got or, or |
| 164 | | somewhere in the area cause I got my guys who's doing a |
| 165 | | measure. He's coming with my loot man. So, that's why I wanna, |
| 166 | | you know what I'm saying? I was [U/I] driving [U/I]. [Voices |
| 167 | | overlap] |

4

**GX-300T**

| | | |
|---|---|---|
| 168 | | |
| 169 | DOMINGUEZ: | We just fucking [U/I]. Look at them, I don't care. It's cool, we just, |
| 170 | | we just looking at them. You guys might not, [Voices overlap] |
| 171 | | |
| 172 | UC-1: | That's fine, but I… [Voices overlap] |
| 173 | | |
| 174 | DOMINGUEZ: | You might not even like them. Who knows? [Voices overlap] |
| 175 | | |
| 176 | UC-1: | Well you tell me, where, where you, where's your truck at? |
| 177 | | |
| 178 | DOMINGUEZ: | It's right here. Down the street right here. |
| 179 | | |
| 180 | UC-1: | Down the street? |
| 181 | | |
| 182 | DOMINGUEZ: | Yeah. Right here. Literally right here. |
| 183 | | |
| 184 | UC-1: | Oh, hold on a sec. |
| 185 | | |
| 186 | DOMINGUEZ: | Right here. Literally. I don't play games. I really [U/I] do. |
| 187 | | |
| 188 | UC-1: | Hey, hey… |
| 189 | | |
| 190 | DOMINGUEZ: | These things, this right here, this type of shit like this. |
| 191 | | |
| 192 | UC-1: | Yeah. |
| 193 | | |
| 194 | DOMINGUEZ: | This, that's, that's what I do. |
| 195 | | |
| 196 | UC-1: | Do you want this? |
| 197 | | |
| 198 | DOMINGUEZ: | Yeah. Fuck yeah. |
| 199 | | |
| 200 | UC-1: | How much, you see what, what would you, what would you [U/I]. |
| 201 | | [Voices overlap] |
| 202 | | |
| 203 | DOMINGUEZ: | Can I, can, can you, can I have one of those North Faces as a |
| 204 | | sample?  I'll buy it. |
| 205 | | |
| 206 | UC-1: | Yeah, which one you want? |
| 207 | | |
| 208 | DOMINGUEZ: | Fuck. You don't got one like this, do you? [Voices overlap] |

5

**GX-300T**

| 209 | | |
|---|---|---|
| 210 | UC-1: | [U/I]. |
| 211 | | |
| 212 | DOMINGUEZ: | With a hoodie? |
| 213 | | |
| 214 | UC-1: | A black one? I got them. I don't know if I had them. |
| 215 | | |
| 216 | DOMINGUEZ: | Oh okay. |
| 217 | | |
| 218 | UC-3: | *Yo creo que se quedaron allá en el, en el lugar.* |
| 219 | | I believe we left them over there in the, in the place. |
| 220 | | |
| 221 | UC-1: | Mhm. |
| 222 | | |
| 223 | DOMINGUEZ: | And, and, and, and if I fucking buy every, like, how many pieces |
| 224 | | you got? |
| 225 | | |
| 226 | UC-1: | Dude, I got like, so this is like a half case, I got… [Voices overlap] |
| 227 | | |
| 228 | UC-2: | Shit, fuck [U/I], like 30 more boxes of that. [Voices overlap] |
| 229 | | |
| 230 | UC-1: | Yeah. He knows, he seen my shit. Man, I, I make him move it all |
| 231 | | the fucking time. [Voices overlap] |
| 232 | | |
| 233 | UC-2: | I had to move it, I had move it in all fucking… |
| 234 | | |
| 235 | DOMINGUEZ: | So, how much you want for everything? |
| 236 | | |
| 237 | UC-1: | Man, I, I can think of a number, I'm not gonna do it right off the |
| 238 | | top of my head right now. But I mean, and this is a case, there's |
| 239 | | like 50 pieces in here. |
| 240 | | |
| 241 | DOMINGUEZ: | Mhm. |
| 242 | | |
| 243 | UC-1: | This is all like, mixed up. |
| 244 | | |
| 245 | DOMINGUEZ: | Mhm. |
| 246 | | |
| 247 | UC-1: | I can do it so it's like, you know what I'm saying? |
| 248 | | |
| 249 | DOMINGUEZ: | Yeah. |

6

**GX-300T**

| | | |
|---|---|---|
| 250 | | |
| 251 | UC-1: | But, I mean, I can do it solid like, it's like solid Denali, solid kid |
| 252 | | stuff, whatever. |
| 253 | | |
| 254 | DOMINGUEZ: | Oh. |
| 255 | | |
| 256 | UC-1: | What you looking for? You want everything? |
| 257 | | |
| 258 | DOMINGUEZ: | I want everything. |
| 259 | | |
| 260 | UC-1: | Dude, I'mma have to sit down and add that up. You want that |
| 261 | | one as a sample or you want the black one? |
| 262 | | |
| 263 | DOMINGUEZ: | That's fine. What, what, what are we talking about? If you know, |
| 264 | | on average. |
| 265 | | |
| 266 | UC-1: | On average. |
| 267 | | |
| 268 | DOMINGUEZ: | How do you sell them? You sell them by the piece? You sell them |
| 269 | | by the case? How do you do it? [Voices overlap] |
| 270 | | |
| 271 | UC-1: | I don't really sell them by the piece, I sell them by the case, dude. |
| 272 | | |
| 273 | DOMINGUEZ: | Yeah, cause I'm, that's what I do, I wholesale everything |
| 274 | | |
| 275 | | |
| 276 | | ***************************************** |
| 277 | | |
| 278 | | **Government Exhibit 300B** |
| 279 | | |
| 280 | UC-1: | All right, so what, what we gonna do man? Are we gonna do |
| 281 | | this? |
| 282 | | |
| 283 | DOMINGUEZ: | Yeah, let's just go over here. Can you take this? [Voices overlap] |
| 284 | | |
| 285 | UC-1: | All right, so. But here's the thing [U/I]. [Voices overlap] |
| 286 | | |
| 287 | DOMINGUEZ: | [U/I]. |
| 288 | | |
| 289 | UC-1: | Here's the question, where, where, where is it? Like, like, |
| 290 | | literally, like show me. [Voices overlap] |

7

**GX-300T**

291
292    DOMINGUEZ:        It's… All right. You go this street, right?
293
294    UC-1:             Right.
295
296    DOMINGUEZ:        All the way down. Like…
297
298    UC-1:             So, just one street south of here, all the way down? It's in front
299                      of a house? [Voices overlap]
300
301    DOMINGUEZ:        Yup. It's my deli truck.
302
303    UC-1:             Okay.
304
305    DOMINGUEZ:        I got a deli truck, I go fucking across the street at the fucking,
306                      Federal Building. I post up.
307
308    UC-1:             Like a deli truck?
309
310    DOMINGUEZ:        Yeah.
311
312    UC-1:             Oh okay.
313
314    DOMINGUEZ:        Like a fucking Jimmy John on wheels, motherfucker. You know
315                      how many sandwiches I sell a fucking week though?
316
317    UC-1:             All right. So, it's just fucking… [Voices overlap]
318
319    DOMINGUEZ:        Like 1500.
320
321    UC-1:             So, if I come out of here, go down, and make a…
322
323    DOMINGUEZ:        Just follow me.
324
325    UC-1:             All right, well give me a sec. Hey, so how, but here's the thing, I
326                      have to walk my guy in for the money.
327
328    DOMINGUEZ:        That's, that's all right.
329
330    UC-1:             All right. All right.
331

8

**GX-300T**

| | | |
|---|---|---|
| 332 | DOMINGUEZ: | It's not no problem. |
| 333 | | |
| 334 | UC-1: | All right. |
| 335 | | |
| 336 | UC-3: | *Va estar estacionado para acá.* |
| 337 | | It's gonna be parked over here. |
| 338 | | |
| 339 | DOMINGUEZ: | Hey, hey, not all of you guys are, are, is everybody looking at |
| 340 | | them or it's just you? |
| 341 | | |
| 342 | UC-1: | Yes. [U/I]. [Voices overlap] |
| 343 | | |
| 344 | DOMINGUEZ: | [U/I] Ricardo, or all three of you? |
| 345 | | |
| 346 | UC-1: | Yeah, it's us. But I mean, we're driving, what's the deal? I mean, |
| 347 | | my guy's looking, I'm just loading the shit, you know what I'm |
| 348 | | saying? |
| 349 | | |
| 350 | DOMINGUEZ: | No, no, no problem. No, I just wanna know. |
| 351 | | |
| 352 | UC-1: | Yeah. |
| 353 | | |
| 354 | DOMINGUEZ: | Okay. |
| 355 | | |
| 356 | UC-1: | I mean, that's why I was saying, is there some other, I, man I |
| 357 | | just hate going people's houses, you know what I'm saying? |
| 358 | | Cause people [U/I]. [Voices overlap] |
| 359 | | |
| 360 | DOMINGUEZ: | Nobody is there, bro. Nobody is there. |
| 361 | | |
| 362 | UC-1: | Yeah, I know but your neighbors and shit. [Voices overlap] |
| 363 | | |
| 364 | DOMINGUEZ: | Listen, listen, bro, we own Nottingham Park. We own like 30 |
| 365 | | houses in this fucking whole little neighborhood. |
| 366 | | |
| 367 | UC-1: | All right. |
| 368 | | |
| 369 | DOMINGUEZ: | You know what I'm saying? That's what we do, we buy real |
| 370 | | estate. |
| 371 | | |
| 372 | | |

9

**GX-300T**

373
374         **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
375
376 **<u>Government Exhibit 300C</u>**
377
378 DOMINGUEZ:      Nobody's here.
379
380 UC-1:      I know man. But… look here's your…
381
382 DOMINGUEZ:      Driver is bringing me the key right now.
383
384 UC-1:      Oh, okay.
385
386 DOMINGUEZ:      [U/I].
387
388 UC-1:      All right, cool.
389
390 DOMINGUEZ:      Yeah. Yeah, no, bro. But fucking, the guy is waiting on me. He
391      called me. He blew me up already, 5 times.
392
393 UC-1:      [U/I]… [Voices overlap]
394
395 DOMINGUEZ:      [U/I] fucking [U/I]. [Voices overlap]
396
397 UC-1:      Man, after we do, after we do something once, bro, fucking I'm
398      less a fucking, you know.
399
400 DOMINGUEZ:      Yeah, I know, I know, bro. I understand. I just figured, you
401      know, he Cookie, Ricardo, they knew each other so fucking, you
402      know what I mean?
403
404 UC-1:      Man, we fucking, we fuck with some shit… [Voices overlap]
405
406 UC-2:      It's probably me, man. I don't know where the fuck I'm at. I'm
407      from way up fucking… [Voices overlap]
408
409 UC-1:      Yeah, and I just like to be careful. [Voices overlap]
410
411 DOMINGUEZ:      Where you from?
412
413 UC-2:      I'm up by like fucking… [Voices overlap]

**GX-300T**

| 414 | | |
|---|---|---|
| 415 | DOMINGUEZ: | [U/I] park or…? |
| 416 | | |
| 417 | UC-2: | Nah, like fucking more north than that. Like fucking [U/I]. |
| 418 | | [Voices overlap] |
| 419 | | |
| 420 | DOMINGUEZ: | Oh [U/I]? [U/I]. [Voices overlap] |
| 421 | | |
| 422 | UC-2: | Nah, nah, in the city, but like, you know where Wright College |
| 423 | | is? |
| 424 | | |
| 425 | DOMINGUEZ: | Yeah, yeah. |
| 426 | | |
| 427 | UC-2: | Right there. Like fucking Narragansett, like Montrose. |
| 428 | | |
| 429 | DOMINGUEZ: | Oh shit. All right, let me get, let me get the keys from my driver |
| 430 | | real quick. |
| 431 | | |
| 432 | UC-1: | All right. |
| 433 | | |
| 434 | DOMINGUEZ: | [To Defendant] Thanks, bro. |
| 435 | | |
| 436 | UC-1: | Man, you employ the whole neighborhood, man. |
| 437 | | |
| 438 | DEFENDANT: | Huh? |
| 439 | | |
| 440 | UC-2: | Jesus. |
| 441 | | |
| 442 | UC-1: | I said, you employ the whole neighborhood. |
| 443 | | |
| 444 | DOMINGUEZ: | Yup. Everybody knows me. |
| 445 | | |
| 446 | UC-1: | If you can text that out. F-150. |
| 447 | | |
| 448 | UC-2: | I don't [U/I]. You guys, F-150 pulled up. F-150 pulled up. |
| 449 | | |
| 450 | UC-3: | You think the houses are expensive or cheap over here? |
| 451 | | |
| 452 | UC-1: | This? |
| 453 | | |
| 454 | UC-3: | Uh-huh. |

11

**GX-300T**

| 455 | | |
|---|---|---|
| 456 | UC-1: | I don't know, ask him. [Pause] |
| 457 | | |
| 458 | UC-2: | That's a fucking big truck, dude. |
| 459 | | |
| 460 | UC-3: | *No mames, güey!* |
| 461 | | What the fuck, dude! |
| 462 | | |
| 463 | UC-1: | Holy shit! |
| 464 | | |
| 465 | DOMINGUEZ: | Check this motherfucker out. |
| 466 | | |
| 467 | UC-3: | *¿Este güey trabaja? No mames güey!* |
| 468 | | This shit works? What the fuck, dude! |
| 469 | | |
| 470 | UC-2: | Fucking Mercedes. |
| 471 | | |
| 472 | UC-1: | You're not fucking kidding me, bro. |
| 473 | | |
| 474 | DOMINGUEZ: | Yeah. I got a bad ass deli truck. I need a motherfucker who is, |
| 475 | | who, who wants to be a hustler. I only… |
| 476 | | |
| 477 | UC-1: | To run this? |
| 478 | | |
| 479 | DOMINGUEZ: | Bro, I'm only, I'm, I only got two hours. I go from 11. |
| 480 | | |
| 481 | UC-2: | This is a nice fucking truck [U/I]. [Voices overlap] |
| 482 | | |
| 483 | DOMINGUEZ: | From 11 to 1, across the street from the Federal Building. |
| 484 | | |
| 485 | UC-1: | [U/I]. |
| 486 | | |
| 487 | DOMINGUEZ: | I sell. Yeah. They're in there. A 150-fucking, you got a |
| 488 | | flashlight? |
| 489 | | |
| 490 | UC-1: | No. I got my phone though. How do I get that? You know better |
| 491 | | than I do. |
| 492 | | |
| 493 | DOMINGUEZ: | Oh yeah. Turn on your phone. Starts from here, all the way |
| 494 | | down. |
| 495 | | |

12

**GX-300T**

| 496 | UC-1: | Holy shit. |
|---|---|---|
| 497 | | |
| 498 | DOMINGUEZ: | And then you got the fucking- |
| 499 | | |
| 500 | UC-2: | Want me to check them out, [U/I] my gloves. |
| 501 | | |
| 502 | DOMINGUEZ: | Yeah, go ahead. |
| 503 | | |
| 504 | UC-1: | Yeah, check them out, don't touch them, man. |
| 505 | | |
| 506 | UC-2: | Yeah, I don't [U/I]. They clean? |
| 507 | | |
| 508 | DOMINGUEZ: | Yeah. |
| 509 | | |
| 510 | UC-1: | Man. |
| 511 | | |
| 512 | DOMINGUEZ: | You, you want fucking gloves? We got gloves. And then you got, |
| 513 | | you got buckets of fucking ammo here. |
| 514 | | |
| 515 | UC-1: | Oh god damn. [Voices overlap] |
| 516 | | |
| 517 | DOMINGUEZ: | And then you got, and then you got all the hand pieces in here. |
| 518 | | |
| 519 | UC-1: | Shit, bro. Real talk, man, I know what they are, they're fucking |
| 520 | | hot, dude. But, there ain't, like, there ain't no bodies and shit, |
| 521 | | right? |
| 522 | | |
| 523 | DOMINGUEZ: | No, no, no, no, no. No, basically I, what I told you, is the truth. |
| 524 | | My, my fucking… [Voices overlap] |
| 525 | | |
| 526 | UC-3: | *[Al fondo] ¿Quieres mi teléfono?* [In the background] |
| 527 | | You want my telephone? |
| 528 | | |
| 529 | UC-2: | *Sí, dámelo. [Voces traslapan]* |
| 530 | | Yes, give it to me. [Voices overlap] |
| 531 | | |
| 532 | UC-3: | *Ten. [Voces traslapan]* |
| 533 | | Here. [Voices overlap] |
| 534 | | |
| 535 | UC-2: | *Espérate, espérate. [Voces traslapan]* |
| 536 | | Hold on, hold on. [Voices overlap] |

**GX-300T**

| | | |
|---|---|---|
| 537 | | |
| 538 | DOMINGUEZ: | My, my, my, my buddy. |
| 539 | | |
| 540 | UC-1: | Mhm. |
| 541 | | |
| 542 | DOMINGUEZ: | His old, his, his great grandpa passed away. Okay? |
| 543 | | |
| 544 | UC-1: | Yeah. And so, he, you guys took them out of the house? [Voices |
| 545 | | overlap] |
| 546 | | |
| 547 | DOMINGUEZ: | And these were all, yeah, it was inside of his safe. |
| 548 | | |
| 549 | UC-1: | Oh, so you guys just went in there. |
| 550 | | |
| 551 | DOMINGUEZ: | Yeah. Because the state was gonna get all his shit. |
| 552 | | |
| 553 | UC-2: | Oh man. |
| 554 | | |
| 555 | UC-1: | Holy fuck, dude. [Voices overlap] |
| 556 | | |
| 557 | UC-2: | It's nice shit, dude. [Voices overlap] |
| 558 | | |
| 559 | DOMINGUEZ: | You know what I'm saying? Look it, you got, yeah, you got the |
| 560 | | banana clips with all the AKs. |
| 561 | | |
| 562 | UC-2: | Yeah, this is nice shit. |
| 563 | | |
| 564 | UC-1: | Man. Let me take a look. |
| 565 | | |
| 566 | UC-2: | Is that a little. |
| 567 | | |
| 568 | DOMINGUEZ: | Yeah. |
| 569 | | |
| 570 | UC-1: | Oh there's pistols everywhere. |
| 571 | | |
| 572 | DOMINGUEZ: | Yeah, bro. I'm telling you. |
| 573 | | |
| 574 | UC-2: | Hey, you trying to get rid of all of these? |
| 575 | | |
| 576 | DOMINGUEZ: | Everything, everything gotta go. [Voices overlap] |
| 577 | | |

**GX-300T**

| | | |
|---|---|---|
| 578 | UC-1: | Goddamn. |
| 579 | | |
| 580 | UC-2: | Chris, let's take them all man. [Voices overlap] |
| 581 | | |
| 582 | UC-1: | All right. That does look good, man. Where's the pistols and shit, |
| 583 | | man? |
| 584 | | |
| 585 | DOMINGUEZ: | In here. You got pistols in here, in here, here. You, you know |
| 586 | | what I'm saying? [Voices overlap] |
| 587 | | |
| 588 | UC-1: | Here, let me, let me see my phone and shit. [Voices overlap] |
| 589 | | |
| 590 | DOMINGUEZ: | This a, a police edition. Did you see that Colt? |
| 591 | | |
| 592 | UC-1: | Oh goddamn. |
| 593 | | |
| 594 | DOMINGUEZ: | Yeah, bro. |
| 595 | | |
| 596 | UC-1: | Can I check this out? |
| 597 | | |
| 598 | DOMINGUEZ: | Yeah, look it. Open it up, nothing is loaded. You know what I'm |
| 599 | | saying? |
| 600 | | |
| 601 | UC-2: | [U/I] loaded. |
| 602 | | |
| 603 | DOMINGUEZ: | This is a trey-5-7. |
| 604 | | |
| 605 | UC-1: | Goddamn. |
| 606 | | |
| 607 | DOMINGUEZ: | King Cobra. |
| 608 | | |
| 609 | UC-2: | Hey, you said these pistols aren't loaded, right? |
| 610 | | |
| 611 | DOMINGUEZ: | No. Nothing is loaded. |
| 612 | | |
| 613 | UC-2: | Can I fuck with them? |
| 614 | | |
| 615 | DOMINGUEZ: | [U/I]. [Voices overlap] |
| 616 | | |
| 617 | UC-1: | [U/I] man, we're gonna, they're ours, man. All right. [Voices |
| 618 | | overlap] |

15

**GX-300T**

| | | |
|---|---|---|
| 619 | | |
| 620 | DOMINGUEZ: | Nothing is loaded. |
| 621 | | |
| 622 | UC-1: | All right, here's the thing, what are you looking to get out of |
| 623 | | this? |
| 624 | | |
| 625 | DOMINGUEZ: | Man, bro I told you 15, right? |
| 626 | | |
| 627 | UC-1: | Right. |
| 628 | | |
| 629 | DOMINGUEZ: | Man if… |
| 630 | | |
| 631 | UC-2: | This motherfucker is loaded. Goddamn. |
| 632 | | |
| 633 | DOMINGUEZ: | If I, if you. |
| 634 | | |
| 635 | UC-1: | Fuck, dude. |
| 636 | | |
| 637 | DOMINGUEZ: | Look it. |
| 638 | | |
| 639 | UC-1: | All right. |
| 640 | | |
| 641 | DOMINGUEZ: | I'll knock off 4 bucks. [Inaudible conversation in the background] |
| 642 | | You take everything. Give me 11. |
| 643 | | |
| 644 | UC-2: | *No mames, güey!* |
| 645 | | Fuck, dude! |
| 646 | | |
| 647 | UC-1: | Eleven? |
| 648 | | |
| 649 | DOMINGUEZ: | Give me 11, bro, and take everything. |
| 650 | | |
| 651 | UC-1: | What about 11, how about uh… can you do 10 with some of that |
| 652 | | stuff? Are you, are you interested in that stuff or no? |
| 653 | | |
| 654 | DOMINGUEZ: | Yeah. |
| 655 | | |
| 656 | UC-1: | 10 with that stuff? |
| 657 | | |
| 658 | DOMINGUEZ: | Yeah. |
| 659 | | |

16

**GX-300T**

| 660<br>661 | UC-1: | All right. |
|---|---|---|
| 662<br>663 | DOMINGUEZ: | I'll do 10. And, and you know a grand worth of shit. Yeah. |
| 664<br>665 | UC-1: | Oh my god. |
| 666<br>667 | UC-2: | This motherfucker is new in the box. |
| 668<br>669 | UC-1: | The fucking auto, man.  Bitch is bad.  Yeah.  All right. |
| 670<br>671 | DOMINGUEZ: | I'm, I'm telling you. |
| 672<br>673 | UC-1: | All right, here's the thing. |
| 674<br>675 | DOMINGUEZ: | I'm, I'm, I'm a straight up motherfucker. |
| 676<br>677 | UC-1: | Here's what I'm gonna do. |
| 678<br>679 | DOMINGUEZ: | Okay. |
| 680<br>681 | UC-1: | My guy, he's fucking driving this shit. |
| 682<br>683 | DOMINGUEZ: | Mhm. |
| 684<br>685<br>686 | UC-1: | Cause I don't wanna fuck around. Cause that thing is fucking hot, you know, not low key at all. |
| 687<br>688 | DOMINGUEZ: | No, no, no. |
| 689<br>690<br>691 | UC-2: | [In the background] Hey, you, you don't got nothing [U/I]. It's just these right here? |
| 692<br>693<br>694 | UC-3: | *Sí, güey.*<br>Yes, dude. |
| 695<br>696 | DOMINGUEZ: | No. |
| 697<br>698 | UC-1: | My guy, but… [Voices overlap] |
| 699<br>700 | DOMINGUEZ: | If I knew, if I would have known you real good, I would have drove this thing myself to you. |

**GX-300T**

| | | |
|---|---|---|
| 701 | | |
| 702 | UC-1: | Okay. |
| 703 | | |
| 704 | DOMINGUEZ: | You know what I mean? |
| 705 | | |
| 706 | UC-1: | Right. No, I got you. |
| 707 | | |
| 708 | DOMINGUEZ: | But I don't know you like that. You know what I'm saying? |
| 709 | | |
| 710 | UC-1: | Dude, don't you have lights in this thing too?  To turn this bitch |
| 711 | | on. [Voices overlap] |
| 712 | | |
| 713 | DOMINGUEZ: | Yeah, you gotta turn, I gotta turn the truck on. |
| 714 | | |
| 715 | UC-1: | Oh.  Turn the truck on dude.  I wanna see all this shit without a |
| 716 | | flashlight, man. |
| 717 | | |
| 718 | DOMINGUEZ: | Okay. |
| 719 | | |
| 720 | UC-2: | I'mma count them.  I'm gonna count them real quick.  1, 2, 3, 4, |
| 721 | | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 722 | | 23, 24, 25. [Voices overlap] |
| 723 | | |
| 724 | UC-1: | 24, 25. |
| 725 | | |
| 726 | UC-2: | 26, 27. [Voices overlap] |
| 727 | | |
| 728 | UC-1: | 26, 27. There's the light switch, hold on. [Voices overlap] |
| 729 | | |
| 730 | UC-2: | 28, right there. If, if that case is full. |
| 731 | | |
| 732 | | |
| 733 | | ************************************* |
| 734 | | |
| 735 | | **Government Exhibit 300D** |
| 736 | | |
| 737 | UC-1: | I'mma call my guy. Do you care if, he's gotta come with the, the |
| 738 | | loot. |
| 739 | | |
| 740 | DOMINGUEZ: | That's fine. That's fine. |
| 741 | | |

18

**GX-300T**

| | | |
|---|---|---|
| 742 | UC-1: | All right. I'mma, can I tell him, I'm just gonna tell him make a |
| 743 | | right on off of Harlem. [Voices overlap] |
| 744 | | |
| 745 | DOMINGUEZ: | On 72nd. 72nd Street. He's gotta make a left if he's going south. |
| 746 | | If he's going north he's gonna make a right. [Pause] |
| 747 | | |
| 748 | UC-3: | *Pagaste por toda esta [I/I].* |
| 749 | | You paid for all this [U/I]. |
| 750 | | |
| 751 | DOMINGUEZ: | It's all bubble wrap. |
| 752 | | |
| 753 | UC-3: | *Oh del plástico ése.* |
| 754 | | Oh, that plastic one. |
| 755 | | |
| 756 | DOMINGUEZ: | Yeah. |
| 757 | | |
| 758 | UC-1: | Bubble wrap? |
| 759 | | |
| 760 | DOMINGUEZ: | Yeah, it's a wrap. |
| 761 | | |
| 762 | UC-1: | This thing? |
| 763 | | |
| 764 | DOMINGUEZ: | Yeah, it's, it got, it was wrapped. [Voices overlap] |
| 765 | | |
| 766 | UC-3: | It's no paint. It's, it's… [Voices overlap] |
| 767 | | |
| 768 | UC-1: | It does feel like paint. |
| 769 | | |
| 770 | DOMINGUEZ: | Yeah. [Pause] Yeah, I own, we own the fucking, that Chicago's |
| 771 | | Finest. |
| 772 | | |
| 773 | UC-1: | Mhm. |
| 774 | | |
| 775 | DOMINGUEZ: | That saying, Chicago's Finest. We own, Chicago's Finest. If |
| 776 | | anybody [U/I] they gotta pay us. [Voices overlap] |
| 777 | | |
| 778 | UC-1: | [Inaudible conversation in the background] [Addresses third |
| 779 | | party on telephone] Hey, guey, what's up man? Good, good, did |
| 780 | | you uh, did you finish that measure? All right, hey, did I, I told |
| 781 | | you it'd be on Harlem, right? You, you near here? You, you near |
| 782 | | where I told you? Hey, drive north on Harlem, right? Okay. |

**GX-300T**

20

| | | |
|---|---|---|
| 783 | | Where you at now? Like, you're 75th, or 79th? Okay. Drive north |
| 784 | | on Harlem and make a right on 72nd Street. A right on 72nd |
| 785 | | Street. Okay? And then, I'm like, maybe a block down and just |
| 786 | | you'll see there's gonna be a big deli truck, just pull into the, pull |
| 787 | | into the driveway next to me. |
| 788 | | |
| 789 | DOMINGUEZ: | [In the background, on telephone] Hey, bro, how do these, how |
| 790 | | do these lights, how do these lights come [U/I] inside. |
| 791 | | |
| 792 | UC-1: | Yeah, just bring me everything man. Just pull up here and bring |
| 793 | | me everything. Hey, and your trunk is clean like I told you, |
| 794 | | right? All right, cool. |
| 795 | | |
| 796 | DOMINGUEZ: | [In the background, on telephone] [U/I]. Yeah, everything is |
| 797 | | good. |
| 798 | | |
| 799 | UC-1: | All right, bye. [End of call] |
| 800 | | |
| 801 | DOMINGUEZ: | [In the background, on telephone] Hey Um, yeah, um… 10 and |
| 802 | | some merch. That's cool? Okay. All right. Yeah. All right, yeah. |
| 803 | | Nah. Bye. [End of call] |
| 804 | | |
| 805 | UC-1: | All right, my guy's coming now. Hey, do you care if I… |
| 806 | | |
| 807 | UC-2: | Hey, can I start [U/I]? [Voices overlap] |
| 808 | | |
| 809 | DOMINGUEZ: | [U/I], I wanna see all your merch, bro. [Voices overlap] |
| 810 | | |
| 811 | UC-1: | We'll get together. [Voices overlap] |
| 812 | | |
| 813 | DOMINGUEZ: | I could probably get you a bunch of fucking money in your |
| 814 | | pocket, like tomorrow. Like, like you won't believe. [Voices |
| 815 | | overlap] |
| 816 | | |
| 817 | UC-1: | We'll get something going, we'll get something going, man. Do |
| 818 | | you ever run across more of this shit? Like pistols and shit? |
| 819 | | |
| 820 | DOMINGUEZ: | Bro, this has been the first time ever. To tell you the truth. |
| 821 | | |
| 822 | UC-1: | You hit something like this, huh? |
| 823 | | |

**GX-300T**

| | | |
|---|---|---|
| 824 | DOMINGUEZ: | Yeah. |
| 825 | | |
| 826 | UC-2: | That's a fucking [U/I]. |
| 827 | | |
| 828 | UC-1: | You hit a fuckin' good one, man. [Voices overlap] |
| 829 | | |
| 830 | DOMINGUEZ: | I'm gonna, I'm gonna fucking, I'm gonna keep it real with you, |
| 831 | | okay, there was supposed to be 200 G's in the safe. |
| 832 | | |
| 833 | UC-1: | Right. |
| 834 | | |
| 835 | DOMINGUEZ: | There was supposed to be 200 G's in the safe. |
| 836 | | |
| 837 | UC-1: | Right. |
| 838 | | |
| 839 | DOMINGUEZ: | There was a fucking bunch of guns. So, I, I was kind of pissed |
| 840 | | off. |
| 841 | | |
| 842 | | |
| 843 | | ****************************************** |
| 844 | | |

**Government Exhibit 300E**

| | | |
|---|---|---|
| 845 | | |
| 846 | | |
| 847 | UC-1: | There was 200 in there and they fucking lied to you, right? |
| 848 | | |
| 849 | DOMINGUEZ: | Yeah, and, and, and so they didn't know what was in there. You |
| 850 | | know what I'm saying? So I… |
| 851 | | |
| 852 | UC-1: | Yeah. |
| 853 | | |
| 854 | DOMINGUEZ: | You know? The dude owed me a bunch of money. [Inaudible |
| 855 | | conversation in the background] So, I basically told him, you |
| 856 | | know what, this fucking thing is empty dog. |
| 857 | | |
| 858 | UC-1: | And so you just took what you took and that was it. |
| 859 | | |
| 860 | DOMINGUEZ: | You know, there's, there's guns in there but it's empty dog. |
| 861 | | |
| 862 | UC-1: | No man, I don't care man, I know… [Voices overlap] |
| 863 | | |
| 864 | DOMINGUEZ: | [U/I] guns. [Voices overlap] |

**GX-300T**

865
866 UC-1:    Half of my shit is stolen too.
867
868 DOMINGUEZ: You know?
869
870 UC-1:    So, I don't care. That's why I'm saying, I'm just trying to be real,
871        you know what I'm saying?
872
873
874        \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
875
876 **Government Exhibit 300F**
877
878 UC-1:    He'll back in right now. [Telephone rings in the background]
879
880 DOMINGUEZ: All right, just tell, tell him to go get back for this.
881
882 UC-1:    Watch the porch. bro.
883
884 UC-2:    Good?
885
886 UC-1:    Keeping coming back a little bit.
887
888 DOMINGUEZ: [In the background, on telephone] Hello?
889
890 UC-1:    Keep coming back.
891
892 DOMINGUEZ: [In the background, on telephone] Hello?
893
894 UC-1:    All right, stop.
895
896 UC-2:    [U/I].
897
898 UC-1:    No, no, no, here's your phone back. Put the light. Is this your
899        guy with the uh, pickup? [Voices overlap]
900
901 DOMINGUEZ: Yeah, yeah, he just, yeah, he just came. He's the one who
902        dropped off the key.
903
904 UC-1:    All right, that's fine.
905

**GX-300T**

| | | |
|---|---|---|
| 906 | DOMINGUEZ: | Yeah. |
| 907 | | |
| 908 | UC-1: | But I don't, man, I rather just deal with you and not meet him. |
| 909 | | [Voices overlap] |
| 910 | | |
| 911 | DOMINGUEZ: | No, he ain't, no, he ain't gonna, he ain't coming. |
| 912 | | |
| 913 | UC-1: | Oh, this, is this the guy right here or no? |
| 914 | | |
| 915 | DOMINGUEZ: | Yeah, yeah, that's my guy, but he's not, I was asking him about |
| 916 | | the lights, he said we gotta turn on the, we're good. [Voices |
| 917 | | overlap] |
| 918 | | |
| 919 | UC-1: | Oh, you're good. |
| 920 | | |
| 921 | DOMINGUEZ: | Don't worry, yeah, we're good. [Voices overlap] |
| 922 | | |
| 923 | UC-1: | All right. |
| 924 | | |
| 925 | DOMINGUEZ: | It's all good. |
| 926 | | |
| 927 | UC-1: | All right, let me, let's take care of this real quick. |
| 928 | | |
| 929 | DOMINGUEZ: | Yeah. Wanna just jump in your truck? |
| 930 | | |
| 931 | UC-1: | Yeah, here. You got that? |
| 932 | | |
| 933 | DOMINGUEZ: | Yeah. Let me just count it. |
| 934 | | |
| 935 | UC-1: | Here, we'll, we'll jump in your, my truck, hold on. [Pause] |
| 936 | | |
| 937 | DOMINGUEZ: | You, you should have brought it in a bag or something. |
| 938 | | |
| 939 | UC-1: | I did. |
| 940 | | |
| 941 | DOMINGUEZ: | Oh, oh. |
| 942 | | |
| 943 | UC-1: | What do you think I do? Cause I need a little bit extra. |
| 944 | | |
| 945 | DOMINGUEZ: | Yeah. |
| 946 | | |

**GX-300T**

| 947 | UC-1: | [U/I] load, load all the stuff in there. |
| 948 | | |
| 949 | UC-2: | Yeah. |
| 950 | | |
| 951 | UC-1: | Load all the stuff. Here jump in the back with me. |
| 952 | | |
| 953 | DOMINGUEZ: | What's up, bro? How you doing? |
| 954 | | |
| 955 | UC-4: | Good. |
| 956 | | |
| 957 | DOMINGUEZ: | Jump in the back with you. |
| 958 | | |
| 959 | UC-1: | Just, just jump in the back. Yeah, let me move the seat up. |
| 960 | | |
| 961 | UC-4: | Here's that bundle of 10s in one stack [U/I]. [Voices overlap] |
| 962 | | |
| 963 | UC-1: | That's how, it's just mine? [Voice overlap] |
| 964 | | |
| 965 | UC-4: | [U/I]. |
| 966 | | |
| 967 | UC-1: | Yeah, like I, like I gave it to you? |
| 968 | | |
| 969 | UC-4: | Yeah. |
| 970 | | |
| 971 | UC-1: | All right. Here. |
| 972 | | |
| 973 | DOMINGUEZ: | Yeah, bro, now you see I ain't a shady motherfucker, you know? |
| 974 | | |
| 975 | UC-1: | No, I understand what you're saying. All right. [Sirens in the |
| 976 | | background] Man, I had to do this all on 20s. Hey do you fuck |
| 977 | | with the, uh, the diesel at all? |
| 978 | | |
| 979 | DOMINGUEZ: | Uh, heroin? |
| 980 | | |
| 981 | UC-1: | Yeah. |
| 982 | | |
| 983 | DOMINGUEZ: | I, I got some people. Why? You need some? Or you got some? |
| 984 | | |
| 985 | UC-1: | I, I fuck with both. But I'm just saying do you got somebody, |
| 986 | | cause you mentioned that thing about your guy, you know what |
| 987 | | I'm saying? |

24

**GX-300T**

| 988 | | |
|---|---|---|
| 989 | DOMINGUEZ: | Yeah. |
| 990 | | |
| 991 | UC-1: | That's why I'm saying, so… |
| 992 | | |
| 993 | DOMINGUEZ: | Yeah. |
| 994 | | |
| 995 | UC-1: | Um… |
| 996 | | |
| 997 | DOMINGUEZ: | I fuck with the, the, more right now on, on the girl. The white |
| 998 | | girl. |
| 999 | | |
| 1000 | UC-1: | You fuck with the white girl? |
| 1001 | | |
| 1002 | DOMINGUEZ: | Yeah. |
| 1003 | | |
| 1004 | UC-1: | What you move? You do big shit or little shit? |
| 1005 | | |
| 1006 | DOMINGUEZ: | Um, well me, honestly, bro, I'm fucking… |
| 1007 | | |
| 1008 | UC-1: | Hold on a second I'm just trying to figure this out real quick. |
| 1009 | | Cause I got, I wanna see what I have up here. |
| 1010 | | |
| 1011 | DOMINGUEZ: | Not really, not really like bricks no more. I used to. |
| 1012 | | |
| 1013 | UC-1: | Are you interested in fucking with bigger? Let me know. |
| 1014 | | |
| 1015 | DOMINGUEZ: | You got bricks? |
| 1016 | | |
| 1017 | UC-1: | I got somebody who's got something. |
| 1018 | | |
| 1019 | DOMINGUEZ: | I'll buy, I buy them. What, what is he talking about? What's the |
| 1020 | | numbers on them? |
| 1021 | | |
| 1022 | UC-1: | Probably, I mean, it depends how many you buy. How many are |
| 1023 | | you interested in? |
| 1024 | | |
| 1025 | DOMINGUEZ: | I grab like 2 at a time, usually. Like, every two weeks I grab |
| 1026 | | like, like, 5. I go through 5 every two weeks. But if it is, I'd only |
| 1027 | | wanna deal with you, you know what I mean? |
| 1028 | | |

**GX-300T**

| 1029 | UC-1: | Yup. [Pause] |
| 1030 | | |
| 1031 | DOMINGUEZ: | You know what you gotta get yourself, bro? Get yourself some |
| 1032 | | work vans. It's more low key, you know what I mean? |
| 1033 | | |
| 1034 | UC-1: | I've got it, I just didn't, man, I didn't know what you were all |
| 1035 | | about that's why I was like, you know what I'm saying? [Voices |
| 1036 | | overlap] |
| 1037 | | |
| 1038 | DOMINGUEZ: | Yeah, nah bro, it's nothing like that. I, I was just selling my load |
| 1039 | | of aluminum, you know? Fucking made $25,000. So, this really |
| 1040 | | is like, nothing, cause I gotta split it- |
| 1041 | | |
| 1042 | UC-1: | [Laughs] |
| 1043 | | |
| 1044 | DOMINGUEZ: | Three ways. So this is fucking peanuts to me. You know what I |
| 1045 | | mean? |
| 1046 | | |
| 1047 | UC-1: | Right. |
| 1048 | | |
| 1049 | DOMINGUEZ: | So, what, what are you thinking? What do you usually do one of |
| 1050 | | those cases of North Faces like that, 50 North Faces, what do |
| 1051 | | you do? |
| 1052 | | |
| 1053 | UC-1: | Hold on one second. [Pause] I have one more, I just gotta get 50 |
| 1054 | | more, and then I'mma have you start counting. |
| 1055 | | |
| 1056 | DOMINGUEZ: | Oh okay. |
| 1057 | | |
| 1058 | UC-1: | That's all [U/I]. [Voices overlap] |
| 1059 | | |
| 1060 | DOMINGUEZ: | Oh you brought everything that I, that I originally asked for? |
| 1061 | | [Voices overlap] |
| 1062 | | |
| 1063 | UC-1: | [U/I]. [Voices overlap] |
| 1064 | | |
| 1065 | DOMINGUEZ: | Okay, good man. That's how I know you weren't fucking playing |
| 1066 | | games. |
| 1067 | | |
| 1068 | UC-1: | Yup. |
| 1069 | | |

26

**GX-300T**

1070
1071
1072                    *****************************************
1073
1074    **Government Exhibit 300G**
1075
1076    DOMINGUEZ:      Oh, it's my buddy.
1077
1078    UC-1:           Is that the guy who's getting the shit?
1079
1080    DOMINGUEZ:      I think so. [Pause]  Yeah, let me go tell him.
1081
1082    UC-1:           If that's your guy, and he wants to look at the shit, that's fine
1083                    but…
1084
1085    DOMINGUEZ:      No, no, he ain't looking at shit. Hold on.
1086
1087    UC-1:           Get your—all right, I wanna tell you something too cause I gotta
1088                    give you some of this merch too.
1089
1090    DOMINGUEZ:      Yeah, I know. I'm not going nowhere.
1091
1092    UC-1:           All right.
1093
1094    DOMINGUEZ:      Just run this to my partner.
1095
1096    UC-1:           All right.
1097
1098    UC-2:           Chris, this is what we're taking, this?
1099
1100    UC-1:           There's a guy he's giving the money to right now. Right in front of
1101                    the house, in a silver SUV, guy's got a kid in hand, or is he walking
1102                    across the street, no, he's walking across the street. Hey, what's
1103                    up. [U/I].
1104
1105    UC-2:           [U/I] right now?
1106
1107    UC-1:           Yeah. This his phone, so we don't wanna…
1108
1109    UC-2:           No, I know, I'm saying [U/I].
1110

**GX-300T**

| 1111 | UC-1: | Yeah, he was gonna take it. Yeah, he was gonna take the box. |
|------|-------|--------------|
| 1112 | | |
| 1113 | UC-2: | All right. |
| 1114 | | |
| 1115 | UC-1: | I'm gonna stand out and talk to this guy for a second. I got the |
| 1116 | | phone. Do you wanna take the box out and then we'll get the hell |
| 1117 | | out of here? |
| 1118 | | |
| 1119 | UC-2: | Yeah. |
| 1120 | | |
| 1121 | UC-3: | [U/I] box. |
| 1122 | | |
| 1123 | UC-2: | Just the, the cardboard. |
| 1124 | | |
| 1125 | UC-1: | Yeah, give him the cardboard one. We'll [U/I]. Take this. Sorry, |
| 1126 | | we'll be out of your way in a minute, man. |
| 1127 | | |
| 1128 | TIMOTHY FERGUSON: | [U/I] good, man. [Pause] |
| 1129 | | |
| 1130 | DOMINGUEZ: | We're good. |
| 1131 | | |
| 1132 | UC-1: | He's good? |
| 1133 | | |
| 1134 | DOMINGUEZ: | Yeah, he, he, he lives here I'm sorry. [Chuckles] |
| 1135 | | |
| 1136 | UC-1: | Oh, no that's fine. |
| 1137 | | |
| 1138 | DOMINGUEZ: | He was not supposed to be here. |
| 1139 | | |
| 1140 | UC-1: | No, no worries, bro. |
| 1141 | | |
| 1142 | DOMINGUEZ: | I told him. |
| 1143 | | |
| 1144 | UC-1: | Hey, you want that box, right? |
| 1145 | | |
| 1146 | DOMINGUEZ: | Yeah. What you got in it? Um… |
| 1147 | | |
| 1148 | UC-2: | [U/I] it's back there [U/I]. |
| 1149 | | |
| 1150 | UC-1: | Oh wow. |
| 1151 | | |

28

**GX-300T**

| 1152 | DOMINGUEZ: | Um, I get, I get everything, right? |
| 1153 | | |
| 1154 | UC-1: | Yeah. |
| 1155 | | |
| 1156 | DOMINGUEZ: | What you showed me and the other thing too? |
| 1157 | | |
| 1158 | UC-1: | Yeah, that's fine. |
| 1159 | | |
| 1160 | DOMINGUEZ: | All right. |
| 1161 | | |
| 1162 | UC-1: | But I wanna hear the stor- [Voices overlap] |
| 1163 | | |
| 1164 | UC-2: | [U/I] let me move this. [Voices overlap] |
| 1165 | | |
| 1166 | DOMINGUEZ: | What you wanna hear, you wanna hear the what? |
| 1167 | | |
| 1168 | UC-1: | I wanna hear, here, let him move this, I'll, I'll get that for you. I |
| 1169 | | wanna hear the story, man, like how did it fucking? |
| 1170 | | |
| 1171 | DOMINGUEZ: | How did I get this? |
| 1172 | | |
| 1173 | UC-1: | How did it go wrong with that 200, you know what I'm saying? |
| 1174 | | |
| 1175 | DOMINGUEZ: | Dog, the money is in the house. It's somewhere in the house, I |
| 1176 | | gotta go back. |
| 1177 | | |
| 1178 | UC-1: | You gotta go back? |
| 1179 | | |
| 1180 | DOMINGUEZ: | [U/I], I gotta go back, I gotta find it. [Inaudible conversation in |
| 1181 | | the background] I gotta [U/I]. [Voices overlap] |
| 1182 | | |
| 1183 | UC-1: | So, who told you about it though? That's the thing? |
| 1184 | | |
| 1185 | DOMINGUEZ: | His nephew. |
| 1186 | | |
| 1187 | UC-1: | Oh, he said, go in there and break in and take it? |
| 1188 | | |
| 1189 | DOMINGUEZ: | His [U/I] no, he's like, dude I left the door open. Okay. He's [U/I] |
| 1190 | | state. But they're fighting with the state now, the state wants it, |
| 1191 | | cause there was taxes owed on the house. |
| 1192 | | |

29

**GX-300T**

| 1193 | UC-1: | Man. |
|---|---|---|
| 1194 | | |
| 1195 | DOMINGUEZ: | So, the, the state is trying to get everything. |
| 1196 | | |
| 1197 | UC-1: | God damn. |
| 1198 | | |
| 1199 | DOMINGUEZ: | So, he goes, please find it for me, the money is in there |
| 1200 | | somewhere. |
| 1201 | | |
| 1202 | UC-1: | Oh, and so you got the guns instead. You, you just told him [U/I] |
| 1203 | | have it. |
| 1204 | | |
| 1205 | DOMINGUEZ: | So, he thought it was in the safe. |
| 1206 | | |
| 1207 | UC-1: | Right. |
| 1208 | | |
| 1209 | DOMINGUEZ: | You know so… |
| 1210 | | |
| 1211 | UC-1: | Here, grab this for me. So, he thought it was in the safe? |
| 1212 | | |
| 1213 | U/M: | Wait, what, what about…? [Voices overlap] |
| 1214 | | |
| 1215 | UC-2: | The black one right here. |
| 1216 | | |
| 1217 | U/M: | Okay. |
| 1218 | | |
| 1219 | UC-2: | The whole box, you wanna give them the whole carton? |
| 1220 | | |
| 1221 | UC-1: | Yeah. |
| 1222 | | |
| 1223 | DOMINGUEZ: | I'll give it back to you. |
| 1224 | | |
| 1225 | UC-1: | No, you can have the carton, dude. The only thing is, you want |
| 1226 | | these Beats things, cause I had this actually earmarked for |
| 1227 | | somebody else. But if you got… [Voices overlap] |
| 1228 | | |
| 1229 | DOMINGUEZ: | Yeah, I really, I really… [Voices overlap] |
| 1230 | | |
| 1231 | UC-1: | It's yours, bro. You, you [U/I], you [U/I]. [Voices overlap] |
| 1232 | | |
| 1233 | DOMINGUEZ: | Bro, I'll come, I'll come with you and I'll fuck with you. |

**GX-300T**

| | | |
|---|---|---|
| 1234 | | |
| 1235 | UC-1: | You wheeled and dealed on me. So, I'm good. |
| 1236 | | |
| 1237 | DOMINGUEZ: | Yeah. All right. |
| 1238 | | |
| 1239 | UC-1: | All right. Just uh… |
| 1240 | | |
| 1241 | UC-2: | You want that other box in there too? |
| 1242 | | |
| 1243 | DOMINGUEZ: | Yeah. |
| 1244 | | |
| 1245 | UC-1: | What other box? |
| 1246 | | |
| 1247 | UC-2: | This one. |
| 1248 | | |
| 1249 | UC-1: | Oh, he's got that? Yeah. |
| 1250 | | |
| 1251 | DOMINGUEZ: | Bro, I fucking appreciate it. You don't know [U/I]. [Voices overlap] |
| 1252 | | |
| 1253 | UC-1: | So, so, yeah. [Voices overlap] |
| 1254 | | |
| 1255 | DOMINGUEZ: | Like how he's, he's been so nervous cause of his kids. |
| 1256 | | |
| 1257 | UC-1: | Oh, this guy, you mean? |
| 1258 | | |
| 1259 | DOMINGUEZ: | Yeah, the one that just came. |
| 1260 | | |
| 1261 | UC-1: | Oh. |
| 1262 | | |
| 1263 | DOMINGUEZ: | You know what I'm saying? |
| 1264 | | |
| 1265 | UC-1: | Is that his, is that his son? |
| 1266 | | |
| 1267 | DOMINGUEZ: | Yeah. |
| 1268 | | |
| 1269 | UC-1: | That's the guy, this is the guy who gave you the tip then? |
| 1270 | | |
| 1271 | DOMINGUEZ: | No, no. |
| 1272 | | |
| 1273 | UC-1: | Oh. |
| 1274 | | |

31

**GX-300T**

| 1275 | DOMINGUEZ: | He just lives here. |
| 1276 | | |
| 1277 | UC-1: | Oh, [U/I]. [Voices overlap] |
| 1278 | | |
| 1279 | DOMINGUEZ: | But he, we, we, we own the property. |
| 1280 | | |
| 1281 | UC-1: | Oh. |
| 1282 | | |
| 1283 | DOMINGUEZ: | And we rent to him. |
| 1284 | | |
| 1285 | UC-1: | Yeah. |
| 1286 | | |
| 1287 | DOMINGUEZ: | You know what I'm saying? But he just fucking, he gets all |
| 1288 | | nervous. |
| 1289 | | |
| 1290 | UC-1: | [U/I]. |
| 1291 | | |
| 1292 | DOMINGUEZ: | Cause he, he got kids and shit. He goes, bro, what if the kids [U/I] |
| 1293 | | don't understand. |
| 1294 | | |
| 1295 | UC-1: | Yeah. No, that's fine. |
| 1296 | | |
| 1297 | DOMINGUEZ: | He's not, he, look it, he didn't grow up like me. His dad gave him |
| 1298 | | everything. |
| 1299 | | |
| 1300 | UC-1: | Oh, okay. |
| 1301 | | |
| 1302 | DOMINGUEZ: | I grew up in the streets. My dad kicked me the fuck out when I |
| 1303 | | was 13 years old. |
| 1304 | | |
| 1305 | UC-1: | I got you. All right, man. |
| 1306 | | |
| 1307 | DOMINGUEZ: | All right. But hey… |
| 1308 | | |
| 1309 | UC-1: | Hey. |
| 1310 | | |
| 1311 | DOMINGUEZ: | But we'll talk. I wanna come see the rest of your merch, bro. |
| 1312 | | |
| 1313 | UC-1: | Yeah, that's fine. We'll talk about it, man. Let's just get out of |
| 1314 | | your way. [Voices overlap] |
| 1315 | | |

32

**GX-300T**

| | | |
|---|---|---|
| 1316 | DOMINGUEZ: | Do you wanna sell it or? |
| 1317 | | |
| 1318 | UC-1: | Yeah, I do. Just, we'll have to talk man. Let me just see this, like |
| 1319 | | I said… [Voices overlap] |
| 1320 | | |
| 1321 | DOMINGUEZ: | All right. [Voices overlap] |
| 1322 | | |
| 1323 | UC-1: | I'm gonna try to move some of this shit. Let me know. |
| 1324 | | |
| 1325 | DOMINGUEZ: | Let me know, cause I can move all your, all your, all your merch, |
| 1326 | | whatever you got. |
| 1327 | | |
| 1328 | UC-1: | All right. |
| 1329 | | |
| 1330 | DOMINGUEZ: | [U/I]. [Voices overlap] |
| 1331 | | |
| 1332 | UC-1: | Hey, if you're gonna go back in that… [Voices overlap] |
| 1333 | | |
| 1334 | DOMINGUEZ: | Cause I move, I don't move little bullshit like this, I move semi- |
| 1335 | | loads. |
| 1336 | | |
| 1337 | UC-1: | Okay. |
| 1338 | | |
| 1339 | DOMINGUEZ: | You know what I'm saying? |
| 1340 | | |
| 1341 | UC-1: | If you, if you need something too, like you know, trying to get back |
| 1342 | | in that house or something let me know man, I'd like to fucking |
| 1343 | | participate and shit like that. |
| 1344 | | |
| 1345 | DOMINGUEZ: | Yeah? |
| 1346 | | |
| 1347 | UC-1: | Yeah, let me know. |
| 1348 | | |
| 1349 | DOMINGUEZ: | I need a guy, a hand. Cause, bro, I took that off of the second floor. |
| 1350 | | |
| 1351 | UC-1: | You took the whole safe? |
| 1352 | | |
| 1353 | DOMINGUEZ: | By myself, by myself. |
| 1354 | | |
| 1355 | UC-1: | Jesus Christ, [U/I]. [Voices overlap] |
| 1356 | | |

**GX-300T**

| 1357 | DOMINGUEZ: | Yeah, by [U/I]. [Voices overlap] |
| 1358 | | |
| 1359 | UC-1: | What area, is it from here? |
| 1360 | | |
| 1361 | DOMINGUEZ: | No. Far out. |
| 1362 | | |
| 1363 | UC-1: | Oh. |

34

**GX-300T**