| DATE | TIME | ORI | AGENCY | PHONE | MKE | NAM | DOB | SOC | LIC |
|---|---|---|---|---|---|---|---|---|---|
| 2021-11-18 | 15.52.23.118397 | ILCPD00H1 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2021-02-02 | 16.27.03.656935 | ILATF25S8 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2021-02-02 | 16.14.44.794551 | ILATF25S8 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2021-02-02 | 16.12.57.049790 | ILATF25S8 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2019-01-10 | 13.40.01.845064 | ILATF25S8 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY | 1964 | | |
| 2018-11-30 | 16.41.36.765244 | ILCPD0010 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY L | 1964 | | |
| 2018-11-30 | 13.01.09.517516 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY | 1964 | | |
| 2018-11-30 | 12.49.53.271007 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2018-11-30 | 12.46.58.584558 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2018-11-30 | 12.37.18.166400 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2018-11-30 | 12.35.06.922172 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2018-11-30 | 12.33.38.970504 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2018-11-30 | 11.02.27.841057 | ILCPD00T1 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY L | 1964 | | |
| 2018-11-30 | 10.34.13.169329 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2018-10-12 | 18.16.57.992719 | ILATF25S8 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2018-10-11 | 12.04.49.848555 | ILATF25S8 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY | 1964 | | |
| 2018-04-19 | 17.11.24.964899 | ILATF29S2 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2016-08-10 | 12.14.27.076959 | ILATF30S9 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY | 1964 | | |
| 2016-03-23 | 16.55.56.766991 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY | 1964 | | |
| 2016-03-23 | 16.53.50.454325 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | QW | FERGUSON,TERRY | 1964 | | |
| 2015-12-10 | 14.18.42.456941 | ILATF31S4 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2015-12-01 | 16.03.59.505401 | ILATF31S4 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2015-12-01 | 12.11.45.047650 | ILATF28S5 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY | 1964 | | |
| 2015-11-23 | 11.37.58.201014 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY | 1964 | | |
| 2015-11-19 | 15.04.15.554696 | ILCPD00K9 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2015-11-18 | 12.05.41.292404 | ILATF31S4 | BUREAU OF ATF | 312 846-7200 | QW | FERGUSON,TERRY L | 1964 | | |
| 2015-11-18 | 12.04.55.347569 | ILATF31S4 | BUREAU OF ATF | 312 846-7200 | QW | FERGUSON,TERRY | 1964 | | |
| 2015-11-18 | 12.02.21.994249 | ILATF31S4 | BUREAU OF ATF | 312 846-7200 | ZW | FERGUSON,TERRY | 1964 | | |
| 2015-11-17 | 16.09.40.479952 | ILCPD00N9 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2015-11-13 | 13.25.01.622707 | ILCPD00K9 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY | 1964 | | |
| 2015-11-13 | 13.19.17.069981 | ILCPD00K9 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2015-11-09 | 18.57.16.675983 | ILCPD00H1 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY LYNN | 1964 | | |
| 2015-11-09 | 18.56.31.586794 | ILCPD00H1 | CHICAGO PD | 312 745-5206 | ZW | FERGUSON,TERRY LYNN | 1964 | | |

| NIC | FBI | OCA | OLN | MNU | VIN |
|---|---|---|---|---|---|
| | | | | | |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |
| | | | F62281264150 | | 5NPE24AF3HH517902 |
| | | | F62281264150 | | 1GYFZFR47KF102740 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | ███ | | | | |
| | | | | | |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |
| | | | | | |
| | | | F62281264150 | | KM8SM4HF2GU153961 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |
| | | | | | |
| | | | | | |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |
| | | | | | |
| | | | F62281264150 | | 5GTMNLEP2A8119657 |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |
| | | | F62281264150 | | 1FTFW1ET3DFD97014 |