# Summary Chart of Controlled Purchases

| Date | Type | Payment | Received |
|---|---|---|---|
| November 9, 2015 | UCs | $10,000 and prop merchandise | Firearms, Ammunition, Coins |
| January 13, 2016 | CS-2 | NA (transaction canceled, intended to be $1600) | NA (intended to be cocaine) |
| March 24, 2016 | UCs | Cartons of cigarettes | Cocaine |
| April 14, 2016 | UCs | NA (fronted) | Cocaine |
| May 3, 2016 | UCs | 323 cartons of cigarettes and cigars + $300 | Cocaine |
| May 19, 2016 | UCs | 453 cartons of cigarettes and cigars | Cocaine |
| August 31, 2016 | UCs | 300 items prop merchandise | Cocaine |
| December 7, 2016 | UCs | $500 and 233 items prop merchandise | Cocaine |
| December 15, 2016 | UCs | 510 cartons of cigarettes | Cocaine |
| January 26, 2018 | CS-2 | $600 | Cocaine |
| February 2, 2018 | CS-2 | $800 | Cocaine |
| February 13, 2018 | CS-2 | $900 | Cocaine |
| March 1, 2018 | CS-2 | $700 | Cocaine |
| March 15, 2018 | CS-2 | $700 | Cocaine |
| April 3, 2018 | CS-2 | $1300 | Cocaine |
| April 19, 2018 | CS-2 | $700 | Cocaine |
| May 3, 2018 | CS-2 | $600 | Cocaine |
| May 30, 2018 | CS-2 | $700 | Cocaine |
| August 7, 2018 | CS-2 | $700 | Cocaine |
| August 22, 2018 | CS-2 | $1100 | Cocaine |
| October 22, 2018 | CS-2 | $700 | Cocaine |