**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



# Report of Investigation

| | Report Number: 185 |
|---|---|

**SUMMARY OF EVENT:**

Execution of Federal Search Warrant 18M811, 8624 Mayfield Avenue, Burbank, Illinois.

**NARRATIVE:**

1. **SEARCH WARRANT:** On December 17, 2018, at approximately 18:10 hours, ATF Special Agents (S/As) Christopher Labno, Michael Ramos, Matthew Jones, Eric Koslowski, Christopher Burney, Madison Johnson, Matthew Ward, Sargon Macksud, Andrew Waller, David LaMonte, Brent Bollenberg, Euphemia Lee, Stuart Graham, and Group Supervisors Bennie Mims and Jorge Rosendo; along with ATF Task Force Officers (TFOs) Christopher Stenzel and Walter Bucki, executed a search warrant (18M811) at 8624 Mayfield Avenue, Burbank, Illinois.

2. Earlier that day, at approximately 06:00 hours, Agents, armed with an arrest warrant (18CR858) for John DEIR, approached the above described residence, knocked on the front door of the residence, announced their office as –"Police with a warrant"—and demanded entry. After waiting a reasonable amount of time with no answer, Agents forced entry and Placed DEIR in custody. Based on observations made within the residence and statements made by DEIR's wife Sirissa, agents sought and acquired a federal search warrant for the residence.

3. Agents remained within the residence, along with Sirissa Deir, and secured the scene until the search warrant was signed by US Magistrate Judge Gilbert at approximately 18:07 hours.

4. At approximately 18:10 hours, S/A Burney took a pre-search warrant video recording of the residence to document the condition of the residence (Exhibit: 000397). In addition, S/A Burney subsequently took an exit video after the search warrant was completed (Exhibit: 000397).

5. A K9 was called in to perform a sniff for narcotics prior to the execution of the search warrant. This event was reported in a separate report of investigation.

6. Agents and Officers then conducted a systematic search of the residence. During this search, the following items were found, photographed in place by S/A Burney and taken into custody during this search:

   - Exhibit number: 000327, (3) large bundles of USC, various denominations, wrapped in rubber bands, secreted in the interior pockets of a man's suit coat in the master bedroom closet located by TFO Stenzel. A sample of this currency was separated and inventoried independently following a K9

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Christopher A. Stenzel | Task Force Officer, Chicago I Field Office | [signature] | 1/8/19 |
| Authorized by: Bennie Mims | Title: Group Supervisor, Chicago I Field Office | Signature: [signature] | Date: 1-8-19 |
| Second level reviewer (optional): Celinez Nunez | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: |

sniff indicated positively for the odor of narcotics. The majority of the USC was then converted to a Bank of America Cashier's check payable to the US Marshal's Service in the amount of $24,473;

- Exhibit number: 000328, (1) bundle of USC separated from the USC described in Exhibit number 000327, held in original form;
- Exhibit number: 000329, (1) black IPhone 7 cellular phone, model A1778, located by SA Burney initially located in master bedroom on the dresser;
- Exhibit number: 000330, (1) black LG smartphone, located by SA Burney initially located in the master bedroom on the left side night stand;
- Exhibit number: 000331, (1) loaded Smith & Wesson, Cal. .40, Model M&P 40 Shield, SN – HSY9803 located by SA Labno in a black backpack in the master bedroom closet;
- Exhibit number: 000332, (1) Tisas – Trabzon Gun Industry Corp., Cal. .45, Model Regent R200S, SN – 13Y01424 located by SA Labno in a brown cardboard box in the master bedroom closet;
- Exhibit number: 000333, (1) Glock, Cal. .40, Model 27, SN – BAEA023, located by SA Labno in a brown cardboard box in the master bedroom closet;
- Exhibit number: 000334, (1) loaded Glock, Cal. 9mm, Model 19, SN – VRX 543, located by SA Burney in the left side night stand in the master bedroom;
- Exhibit number: 000335, (1) loaded Glock, Cal. .45, Model 30S, SN – ULG188, located by SA Burney in the left side night stand in the master bedroom;
- Exhibit number: 000336, (1) loaded HS Products (Springfield Arms), Cal. .45, Model XDS, SN – S3131485, located by SA Burney in the left side night stand in the master bedroom;
- Exhibit number: 000337, (1) loaded Smith & Wesson, Cal. .40, Model M&P 40 Shield,, SN – HSW6290, located by SA Burney in the left side night stand in the master bedroom;
- Exhibit number: 000338, (1) loaded Smith & Wesson, Cal. 9mm, Model M&P 9 Shield,, SN – HYP1535, located by SA Labno in the right side night stand in the master bedroom;
- Exhibit number: 000339, (1) loaded Glock, Cal. .40, Model 27, SN – WEW732, located by SA Johnson in a black backpack in the closet of the lower level bedroom;
- Exhibit number: 000340, (1) loaded Glock, Cal. .40, Model 23, SN – VGV694, located by SA Johnson in a safe in the closet of the lower level bedroom;
- Exhibit number: 000341, (1) loaded Keltec, CNC Industries, Cal. 12 gauge, Model KSG, SN – XX9J84, located by SA Labno in the master bedroom closet;
- Exhibit number: 000342, (1) loaded Bushmaster Firearms, Multi Caliber, Model: XM15-E2S, S/N: BK5103913 located by SA Labno in the master bedroom closet;

- Exhibit number: 000343, (100) Assorted caliber rounds of ammunition located by SA Labno in a black backpack in the master bedroom closet;
- Exhibit number: 000344, (168) Assorted caliber rounds of ammunition located by SA Johnson in a safe in the closet in the lower level bedroom;
- Exhibit number: 000345, (1) ISP Firearm Disposition Record document, signed by John DEIR on 01/14/2015, located by SA Labno in a clear plastic box in the master bedroom closet.
- Exhibit number: 000346, (8) multi-colored rubber bands used to band recovered USC, recovered by TFO Stenzel;
- Exhibit number: 000347, (100) .223 caliber rounds of ammunition, American Eagle brand, located by SA Labno in the closet in the master bedroom;
- Exhibit number: 000348, (15) 12 gauge shotgun shells, Remington brand, located by SA Labno in the closet in the master bedroom;
- Exhibit number: 000349, (1) ISP Record of Firearm Transfer letter dated 06/01/2016, located by SA Labno in a black back pack recovered from the master bedroom closet, back pack inventoried as 000372;
- Exhibit number: 000350, (1) Glock pistol box for a Glock 27 GEN 4, SN –WEW732, located by SA Labno in the closet in the master bedroom, this firearm was recovered outside of its box as exhibit number 000339;
- Exhibit number: 000351, (1) Grey Pelouze Model K5 analog scale, located by SA Johnson in the closet in the lower level living room;
- Exhibit number: 000352, (4) assorted caliber pistol magazines, located by SA Labno inside of a black backpack in the closet in the master bedroom closet, which also contained exhibit number 000331;
- Exhibit number: 000353, (20) rounds assorted caliber ammunition, located by SA Labno inside a brown card board box in the closet in the master bedroom, which also contained exhibit numbers 000332, 000333, 000354, and 000355;
- Exhibit number: 000354, (1) Modified garlic press used to press cocaine, located by SA Labno inside a brown card board box in the closet in the master bedroom, which also contained exhibit numbers 000332, 000333, 000354, and 000355;
- Exhibit number: 000355, (1) Fuzion Rogue 100 digital scale, located by SA Labno inside a brown card board box in the closet in the master bedroom, which also contained exhibit numbers 000332, 000333, 000354, and 000355;

- Exhibit number: 000356, (1) black Glock pistol magazine, located by SA Johnson in a black backpack in the lower level bedroom closet, along with exhibit number 000339;
- Exhibit number: 000357, (3) assorted pistol magazines, located by SA Burney in the left side night stand in the master bedroom, along with exhibit numbers 000334, 000335, 000336, and 000337;
- Exhibit number: 000358, (1) glass pipe with suspect marijuana residue, located by SA Labno inside a small fire safe in the closet in the master bedroom;
- Exhibit number: 000359, (1) Black Glock pistol magazine, located by SA Johnson in a safe in the lower level bedroom closet;
- Exhibit number: 000360, (61) rounds, assorted calibers, located by SA Burney in the left side night stand in the master bedroom, along with exhibit numbers 000334, 000335, 000336, and 000337;
- Exhibit number: 000361, (31) grams suspect cannabis as one soft orange/red edible jelly, located by SA Labno in the right side night stand in the master bedroom;
- Exhibit number: 000362, (1) silver Smith & Wesson pistol magazine, located by SA Labno in the right side night stand in the master bedroom;
- Exhibit number: 000363, (16) 9mm rounds of ammunition, Remington brand, located by SA Labno in the right side night stand in the master bedroom;
- Exhibit number: 000364, (1) Black Nightowl, 1 terabyte DVR system, located by SA Labno in the basement on the east wall;
- Exhibit number: 000365, (1) black Glock pistol box for Glock 23 Gen 4, SN – VGV694, located by SA Johnson in black backpack in lower level bedroom closet;
- Exhibit number: 000366, (4) separated copies of criminal complaint 18CR734, located by SA Labno on top of dresser in the master bedroom;
- Exhibit number: 000367, (1) Grey Sentry safe, model 1170, which contained suspect cocaine residue, located by SA Labno on the floor on the south wall of the master bedroom;
- Exhibit number: 000368, (194) rounds assorted ammunition, located by SA Labno inside of a clear plastic bin on a shelf rack in the closet in the master bedroom, also containing exhibit number 000345;
- Exhibit number: 000369, (1) Clear plastic bin containing a small black box of Glock back straps and other miscellaneous firearm's accessories and (1) receipt from Midwest Sporting for a Smith & Wesson MP( Shield and Kel Tec KSG, located by SA Labno on a shelf rack in the closet in the master bedroom, this bin also contained exhibit numbers 000345 and 000368;
- Exhibit number: 000370, (1) Black Mr. Coffee grinder containing suspect cocaine, located by SA Labno on the floor on the left side of the toilet in the master bedroom bathroom;

- Exhibit number: 000371, (1) Silver Royal Sovereign RBC-1000 money counter, located by SA Labno on a cabinet/shelf inside of storage/tool room on the lower level adjacent to the garage;

- Exhibit number: 000372, (1) black backpack containing miscellaneous firearms related documents, located by SA Labno in the closet in the master bedroom, also contained exhibit numbers 000331, 000349, and 000352;

- Exhibit number: 000373, (1) Black rifle magazine, (1) yellow chamber-block device, (1) black rifle scope SN – 5M25321, located by SA Labno inside the retail cardboard box inventoried as exhibit number 000374, in the closet in the master bedroom, recovered alongside exhibit number 000342;

- Exhibit number: 000374, (1) Cardboard Bushmaster Firearms rifle box for XM-15 Rifle, SN – BK5103913, which also contained exhibit numbers 000342 and 000373, located by SA Labno in the closet in the master bedroom;

7. Agents should note that all firearms recovered from the residence, less the two firearms recovered from the brown cardboard box in the master bedroom closet, were discovered loaded with a round in the chamber and fully loaded magazines within close proximity.

8. While processing the evidence following this search warrant, TFO Stenzel tested the file safe (Exh. 000367), digital scale (Exh. 000355), garlic press (Exh. 000354), and grinder (Exh. 000370) for the presence of cocaine using a NIK wipe field test kit; all items tested positive for the presence of cocaine.

9. S/A Burney photographed the above listed items in place. The items were subsequently recovered, and inventoried as evidence. Agents also photographed but did not recover a large hydraulic press located in a storage room on the lower level adjacent to the garage, based on training and experience, Agents understand that this type of press is often used to compress kilogram quantities of cocaine. S/A Jones then left a copy of this search warrant along with an inventory of items seized with Sirissa Deir (see attached). Agents then released the residence back to Sirissa Deir.

10. This is only a summary of these events and not intended to be a verbatim account. Reference should be made to the attached search warrant and inventory, as well as the recorded interviews, for more information.