

# Extraction Report
Cellebrite UFED Reports

## Timeline (7)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Contacts | | | | 5/19/2016 6:31:08 PM(UTC-5) | | Chris<br>**Source Extraction:** File System | |
| 2 | SMS Messages | Incoming | | | 1/17/2017 11:49:52 AM(UTC-6) | From: +17738705570 Chris | Give me a call-got 700 coming<br>**Source Extraction:** File System | |
| 3 | SMS Messages | Incoming | | | 1/20/2017 3:11:48 PM(UTC-6) | From: +17738705570 Chris | Hey man ur prob dealin<br>**Source Extraction:** File System | |
| 4 | SMS Messages | Incoming | | | 1/20/2017 3:11:59 PM(UTC-6) | From: +17738705570 Chris | Wit ur bros passing<br>**Source Extraction:** File System | |
| 5 | SMS Messages | Incoming | | | 1/20/2017 3:12:25 PM(UTC-6) | From: +17738705570 Chris | Hope u and fam are good-hit me when ur free<br>**Source Extraction:** File System | |
| 6 | Instant Messages | Incoming | | | 8/2/2017 5:33:18 PM(UTC-5) | From: +17738705570 Chris | Hey man u still alive-i aint hear nothing from u in like forever?<br>**Source Extraction:** File System | |
| 7 | Contacts | | | | 10/29/2018 5:14:30 PM(UTC-5) | | Chris<br>**Source Extraction:** File System | |