UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No 18 CR 734
vs. ) Hon. Matthew F. Kennelly
)
)
TERRY FERGUSON )

## AFFIDAVIT OF TRENT FERGUSON

I, Trent Ferguson, hereby swear and affirm that the following facts are true and accurate the best of my recollection.

Terry Ferguson is my father. He is my best friend. He is the one who has worked with me daily and supported me into becoming one of the most successful wrestlers in the state. I owe my success and my work ethic to him. He has been there with me the whole way. He has gotten me instruction by the best people. He has supported me every day on every level. He remains the center of my life and the center of my family. We need him. He is the center of every gathering. He is the organizer of every event. He is the person we look to whenever there is a problem. It was my goal and intent to testify for my father at his sentencing hearing. But, in the end, I write this statement to say that I cannot and explain to the Court why.

I was there when the agents searched the house. I saw what they did. I was held at gunpoint. I saw them walk through the house and search without a warrant. I saw them go in and out of rooms. I saw them tell my mom she was not allowed to leave. I saw how afraid she was. I felt that fear too. These were people who were going to do whatever they wanted. There were no rules for them.

Agent Labno was the one in charge. I observed what this

event did to my mother. She was terrified. She began to suffer from an anxiety problem she never had before. I have observed the results of that anxiety. I have felt it myself. The whole experience changed my life. Changed the way I view law enforcement. It changed everything. I have also seen the way that this experience impacted my father. The toll it took on him is extreme. The suffering he has gone through because of what we expeirenced and what my mom struggles with is the thing that I was supposed to be telling this Court about. When I agreed to testify and be put on the list, I believed Agent Labno was not going to be approaching any of us witnesses. I was told that no one in their right mind would ever let him do that. I believed that. That was important to me.

    My fear of Agent Labno grew when my dad was arrested the second time. I was 14 then. I was with him in the car. Agent Labno was there. My dad told him he had no permission to search the car. He just did it anyway. He took Debbie's notebook. He took my dad's medicine. He even stood there and told me that my dad was selling pills. Which was lie. My dad has taken pain pills for a broken neck for years. Labno told me that, while my dad got out last time, "he will not get out this time." The desire to see him in jail and the threat that he would keep coming back until he did not get released showed me this guy was capable of anything. He searches without warrants. He lies. And he takes pleasure in telling a teenager his dad is going to be stuck in jail. That is a dangerous person. I was comfortable in being on the witness list because I thought that his guy would never be allowed to approach me after the claims made against him in court. Then I was told he went to my brother Tim's job. He went to our friend John's house. He was interviewing the witnesses that were supposed to be telling the truth about him. If he was doing that, then I knew no one was policing him. They must support what he did. I have thought about it long and hard. I have listened to my dad's lawyer try to talk me out of this decision. But nothing he says changes the fact that this man is out there with the power to take vengeance on people that do not do what he wants. He does not follow rules. I have seen that. So, there is no way I can feel safe from him after court after testifying. I talked with my

mom. I am afraid. So I cannot testify for my father as planned.

Affirmed.

Signed and

*Trent Ferguson*

Trent Ferguson

mom. I am afraid. So I cannot testify for my father as planned.

Affirmed,

Signed and

*Trent Ferguson*

———————

Trent Ferguson

1