IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Docket No. 18 CR 734-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |

# **NOTICE OF INTENT**

COMES NOW the Defendant, Terry Ferguson, and provides the Court with notice of his intent to convert his motion to vacate conviction (Dkt. 492) to a petition brought under 28 USC §2255. In support, he states as follows.

1. Mr. Ferguson has reviewed the Court's order (Dkt 500) and understands the ramifications of converting his motion to vacate conviction to a petition under 28 USC §2255 as set forth in the Court's order. Mr. Ferguson has also discussed the matter with current counsel and understands that he could consult with independent counsel about whether to convert this petition to a §2255 petition or that he could seek to have counsel appointed for such consultation. Mr. Ferguson understands that he will not be released from custody to pursue that particular consultation.

2. After reviewing the order and discussing it with current counsel, Mr. Ferguson hereby gives notice of his explicit intent to have his motion to vacate conviction (Dkt. 492) converted to a petition under 28 USC §2255.

WHEREFORE, the Defendant, Terry Ferguson, hereby gives notice of his intent to convert his motion to vacate conviction into a petition under 28 USC §2255.

    Respectfully submitted,

    /s/ Beau B Brindley

    Attorney for: Terry Ferguson

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
(312) 765-8878