UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No 18 CR 734 |
| vs. | ) | Hon. Matthew F. Kennelly |
| | ) | |
| | ) | |
| TERRY FERGUSON | ) | |

## MOTION TO CONTINUE HEARING

COMES NOW the defendant, TERRY FERGUSON, by and through his attorney, Beau B. Brindley, and respectfully moves this Honorable Court to continue the hearing scheduled for June 14, 2024. In support, he states as follows:

A hearing in this case is scheduled for June 14, 2024. On June 11, 2024, the undersigned began a jury trial in *United States v. Castaneda et al* (1:17-cr-00319) before Judge Blakey. The undersigned believed that this case would resolve by way of plea agreement for his client, Mr. Kevin Miller, and that he would thus be able to appear before this Court to conduct the hearing for Mr. Ferguson as scheduled. However, despite multiple scheduled and rescheduled change of plea hearings in the last two weeks, no plea was entered by Mr. Miller and none is forthcoming. The jury has been selected and trial has begun. It will be ongoing on Friday the 14th and into next week. The undersigned will thus be unable to appear before this Court on June 14th for the scheduled haring in this case and asks that it be continued by approximately two weeks.

Respectfully submitted,

/s/ Beau B Brindley

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Boulevard

1

Suite 1410
Chicago, Illinois  60604
(312) 765-8878