IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No. 18 CR 734-1 |
| vs. ) | |
| ) | Honorable Matthew F. Kennelly |
| TERRY FERGUSON, ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT**

COMES NOW the Defendant, TERRY FERGUSON, and provides the following status report regarding his pending §2255 petition.

1. Mr. Ferguson filed his motion to vacate judgment on January 17, 2024.

2. Mr. Ferguson then supplemented his motion and converted it to a §2255 petition on March 7, 2024.

3. Mr. Ferguson filed a memorandum in support of his supplement on March 18, 2024.

4. The government filed its response on May 3, 2024.

5. Mr. Ferguson filed his reply on May 15, 2024.

6. Mr. Ferguson has been in custody since his sentencing on October 20, 2023.

7. Mr. Ferguson and his family continually inquire of the undersigned regarding the status of his pending petition. He rightly recognizes the petition's unusual nature and the power of his arguments, which have been made in detail.

8. Mr. Ferguson has suffered substantial health problems in prison. Massively high blood pressure and cardiac issues are a constant concern. Prior to prison, Mr. Ferguson was routinely seeing cardiac specialists. From Kankakee County Jail, he was continually taken for

1

outside medical evaluation for his cardiac issues.  That treatment has stopped in prison.  His condition is largely untreated and he is constantly at risk.

9. Mr. Ferguson has recently been stricken with COVID-19 for a period of weeks. During some of that time, he was unable to communicate with the undersigned.  He has only recently begun to recover.

10. The undersigned has continually reassured Mr. Ferguson that the Court will rule.  He has reassured Mr. Ferguson that the Court taking its time in reviewing the complex issues at stake in his petition illustrates the quality of the opinion that can be expected.

11. Given his health issues, Mr. Ferguson is understandably desperate for a ruling from this Court.  After 8 months of waiting, he is losing faith.  The undersigned continues to reassure him, but hears the concern in his voice as his health diminishes along with his hope.

12. The undersigned believes in the unique and powerful issues at stake in the petition. The undersigned provides this status report to simply bring Mr. Ferguson's situation back to the foreground of the Court's attention and to seek a ruling on the petition.

    Respectfully submitted,

    /s/ Beau B. Brindley
    Attorney for Defendant

LAW OFFICES OF BEAU. B. BRINDLEY
53 West Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
(312) 765-8878